# EXHIBIT 4

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF FLORIDA
         Case No. 9:18-cv-80110-Rosenberg/Reinhart

WEBSTER HUGHES,
                    Plaintiff,

         -against-

PRIDEROCK CAPITAL PARTNERS, LLC,
                    Defendant.
--------------------------------x


              DEPOSITION OF WEBSTER HUGHES

                  New York, New York

                Thursday, October 25, 2018

                     10:02 a.m.
```

Reported by: David Levy, CSR, CCR, CLR

Page 2

1
2           DEPOSITION OF WEBSTER HUGHES, taken by
3   the Defendant, pursuant to Notice, at the offices of
4   Winston & Strawn LLP, 200 Park Avenue, before DAVID
5   LEVY, CSR, CCR, CLR, a Notary Public of the State of
6   New York
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1            C O N T E N T S
2   WITNESS       EXAMINATION       PAGE
3   WEBSTER HUGHES   MR. MIOSSI        5
4              MR. MARIANI      48
5              MR. MIOSSI       61
6
7   DEPOSITION EXHIBITS          FOR IDENT.
8   Exhibit 1  Notice of deposition, with     6
9         attached schedule
10
11  Exhibit 2  E-Mail dated 1/4/16, Hughes to   7
12        Khoury, Worley, et al, with
13        attached spreadsheet
14
15  Exhibit 3  Six-Page document entitled,    17
16        "Calculations of Asset
17        Management Fees and Promotes
18        of Priderock Capital Partners
19        LLC, and Compensation to
20        Webster Hughes," dated 9/28/18
21
22
23
24
25

Page 3

1   A P P E A R A N C E S :
2   ON BEHALF OF THE PLAINTIFF:
3     JOHN F. MARIANI, ESQ.
4     KAMMERER MARIANI PLLC
5     1601 Forum Place, Suite 500
6     West Palm Beach, Florida 33401
7     561-990-1590
8
9   ON BEHALF OF THE DEFENDANT:
10    WILLIAM G. MIOSSI, ESQ.
11    WINSTON & STRAWN LLP
12    1700 K Street, NW
13    Washington, D.C. 20006-3817
14    202-282-5000
15    wmiossi@winston.com
16
17
18
19
20
21
22
23
24
25

Page 5

1   W E B S T E R   H U G H E S , having been duly
2       sworn by the Notary Public, was examined and
3       testified as follows:
4   EXAMINATION BY
5   MR. MIOSSI:
6      Q.   Good morning, Dr. Hughes.  It's nice to
7   see you again.  I am, as you know, I represent the
8   defendant in the case which you've brought against
9   them in the Federal Court in Florida.  And the
10  purpose of our time together this morning is for me
11  to ask you questions about the expert report that you
12  have submitted in the case, and your general
13  qualifications around that.
14       Do you understand that?
15     A.   Yes, I do.
16     Q.    So a couple of formalities.  Please
17  state your name and your address so the record is
18  clear.
19     A.   Webster Hughes, 11802 Sterling Field
20  Drive, Pineville, North Carolina, 28134.
21     Q.    Okay, thank you.  I'm not going to go
22  back through your background because we have it from
23  your earlier deposition, and I don't intend to, or
24  see any need to cover that particular subject any
25  further.

2  (Pages 2 to 5)

Page 6

1    I also will only briefly remind you of
2  the rules of asking questions and answering questions
3  in a deposition, since you've exhibited a good degree
4  of familiarity with them previously.
5        If there's any question I ask that isn't
6  clear, please tell me and I'll rephrase it in a way I
7  hope that is understandable to you.  And we'll keep
8  all of our answers verbal for the benefit of the
9  court reporter.  And if there, any time of need a
10  break, take a break, just say so, okay?
11  **A.    Thank you.**
12      Q.    I want to do a couple of things first in
13  terms of exhibits.
14      MR. MIOSSI:  Would you mark that as
15  Exhibit 1, please.
16  EXH    (Exhibit 1, notice of deposition, with
17  attached schedule, marked for identification, as of
18  this date.)
19      Q.    The court reporter's handed to you
20  Exhibit number 1, which I can't reach from here.
21  This is the notice of deposition that was issued by
22  us for today's deposition, and attached is a rider,
23  schedule A, that requested you produce documents
24  identified in the request.
25        Do you recognize Exhibit number 1,

Page 7

1  Dr. Hughes?
2  **A.    I do.**
3      Q.    Okay.  And you, on page 3, you see the
4  rider, schedule A?
5  **A.    I do.**
6      Q.    And your counsel has handed me, and I've
7  looked at briefly, a thumb drive, a USB drive that
8  contains all of the documents that are responsive to
9  schedule A, is that correct?
10  **A.    That is correct.**
11      Q.    Okay.  All right, you can set that
12  aside.
13      MR. MIOSSI:  This is Exhibit 2.
14  EXH    (Exhibit 2, e-mail dated 1/4/16, Hughes
15  to Khoury, Worley, et al, with attached spreadsheet,
16  marked for identification, as of this date.)
17      Q.    Exhibit number 2 is an e-mail from
18  Webster Hughes to David Khoury, David Worley and
19  others.  It's dated January 4, 2016.  And the subject
20  is, "Models."  And it attaches a spreadsheet which
21  we've produced natively and that's the reason I have
22  the spreadsheet up on the screen.
23        Do you recognize Exhibit number 2, and
24  is the model, the spreadsheet that is attached to
25  Exhibit number 2, the correct spreadsheet that goes

Page 8

1  with this e-mail from January 2016?
2  **A.    Give me some time to read the e-mail,**
3  **and look at the spreadsheet.**
4      Q.    Okay, that's fine.  And just for your
5  benefit, producing spreadsheets is a little
6  difficult, but the Bates stamp number in the lower
7  right-hand corner of Exhibit number 1 is PRCP 1496.
8  And then the next page is as it's produced natively
9  is right where my cursor is, PRCP 1497.  So I'm just
10  pointing that out for a reference to maybe help you
11  answer the questions.
12        MR. MARIANI:  Well, let me ask for
13  clarification.  Those are numbers that your law firm
14  put on the documents, is that correct?
15        MR. MIOSSI:  Correct, to produce the
16  documents to you, yes.
17        MR. MARIANI:  So --
18        MR. MIOSSI:  They are Bates stamp
19  numbers, since we can't print out the spreadsheet,
20  obviously.
21        MR. MARIANI:  Understood.  And while the
22  witness is reading that, what you put up on the
23  screen, though, is that the entirety of the document?
24        MR. MIOSSI:  Yes.
25        MR. MARIANI:  Or is it --

Page 9

1        MR. MIOSSI:  Yes, and you know, if you
2  want to come use my computer and flip through all the
3  pages and ensure that this is Dr. Webster's model,
4  you're free to do so.
5        MR. MARIANI:  We'll probably do that.
6  But just first, is this one page of the model?  The
7  first page of the model?
8        MR. MIOSSI:  No, it's the combined
9  investment.  I would go -- as I understand it, what I
10  just opened on the first tab lower left is the first
11  page.  And then obviously, you can scroll down.
12        MR. MARIANI:  Fair enough.  I just
13  wanted to understand that part.
14        MR. MIOSSI:  But if, as I said, if you
15  want, I can flip the computer over to you so that you
16  can, Dr. Webster can --
17        MR. MARIANI:  Well, I'll just have him
18  come sit in that chair --
19        MR. MIOSSI:  That's fine.  I'm really
20  not going to go through any detailed questions
21  regarding this model.
22        MR. MARIANI:  Fair enough, but I think
23  it's going to take him at least a little bit of time
24  to confirm, if he can at this stage, that that
25  document on the screen is meant to be this particular

Thompson Court Reporters, Inc
thompsonreporters.com

Page 10

1   e-mail, that's all.
2        MR. MIOSSI: That's fine. And that's
3   all, that's what I want to establish right now.
4        Q.   So, Dr. Webster --
5        A.   **Dr. Hughes.**
6        Q.   -- sorry. I know a Dr. Webster. That's
7   the problem I have.
8        Dr. Hughes, is the spreadsheet that I've
9   displayed on the screen, or I'll say "spreadsheet"
10  and "model" interchangeably if that's okay with --
11       A.   **Yes, that's okay, we can use**
12  **"spreadsheet" and "model" interchangeably.**
13       Q.   Is the spreadsheet that I've displayed
14  on the screen the one that was attached to Deposition
15  Exhibit number 1?
16       A.   **I cannot tell simply from looking at**
17  **that spreadsheet if it was the spreadsheet attached**
18  **to this e-mail.**
19       Q.   Would it, if you reviewed the
20  spreadsheet, would you be able to answer that
21  question?
22       A.   **I would not be able to answer the**
23  **question as to whether that specific spreadsheet was**
24  **attached to this specific e-mail.**
25       Q.   Okay. Do you recognize the model as

Page 11

1   something that you created, the one that I'm
2   displaying on the screen?
3        A.   **Yes, I do.**
4        Q.   Okay. As I said, you're welcome to look
5   at it on my laptop so that you can be comfortable
6   that it is an authentic document that you prepared.
7        MR. MARIANI: Why don't you do that?
8        THE WITNESS: I will look at it.
9        MR. MIOSSI: Sure.
10       MR. MARIANI: If you need it, Webster.
11  So, Bill, would you repeat your question
12  so I understand?
13       THE WITNESS: Bill, do you have a mouse?
14  I have trouble --
15       MR. MIOSSI: I don't, I apologize. This
16  doesn't need to be on the record by the way.
17       (Discussion off the record.)
18       (The witness returns to his seat.)
19       A.   **Okay, I have my answer.**
20       Q.   Okay, having reviewed the spreadsheet,
21  does it refresh your memory as to whether the model
22  displayed on the screen was the one that was attached
23  in your e-mail to Mr. Khoury and Mr. Worley that's
24  Exhibit number 2?
25       A.   **I cannot conclude that from looking at**

Page 12

1   the model.
2        Q.   All right. Let me ask a different
3   question:
4        Having looked at the model, is it yours?
5        A.   **Having looked at the model, it appears**
6   **to be mine.**
7        Q.   Okay.
8        A.   **However, it could have been modified. I**
9   **cannot tell from inspection if it were modified --**
10       Q.   All right.
11       A.   **-- subsequent to receiving the e-mail.**
12       Q.   Then let me ask a different question and
13  we'll get to the report in a moment.
14       Is the model -- I'll tell you what,
15  we'll go to the documents that you produced.
16       (A pause in the proceedings.)
17       Q.   All right. Okay, now, what I've opened
18  on the screen is one of the documents that you've
19  produced and the thumb drive that I have inserted
20  into my laptop.
21       Do you recognize this as the Priderock
22  Specialized Multifamily Debt Fund model?
23       A.   **If this is the model that I produced on**
24  **my thumb drive, which you say it is, then yes, I**
25  **recognize this as the model that we prepared and used**

Page 13

1   **for the private placement memorandum and for**
2   **marketing materials.**
3        Q.   All right, thank you. And I'm
4   representing that what I've opened is the model that
5   you produced on the thumb drive. You're welcome to
6   look at it and take as much time to satisfy yourself
7   that it is --
8        A.   **I accept your representation.**
9        Q.   Okay. The question I have to you is, is
10  this a model that you created specifically for your
11  work with Priderock Capital?
12       A.   **Yes.**
13       Q.   Did you acquire the model from any
14  other, prior employment?
15       A.   **An early version, and much simpler**
16  **version of the model that would in fact not bear any**
17  **resemblance to this, I did utilize in an assignment**
18  **several years earlier.**
19       Q.   What was the assignment that you're
20  referring to?
21       A.   **The assignment that I used the model for**
22  **was to structure an investment partnership that**
23  **included a fixed-rate controlling class tranche.**
24       Q.   Who was the person you worked for, or
25  the company or the entity that you were working with?

4 (Pages 10 to 13)

Page 14

1    A.   I worked for a broker/dealer named
2  Courtview Capital, which was newly started, which was
3  a subsidiary of Warburg Pincus, and I worked on
4  behalf of my client, Riverbank Asset Management.
5    Q.   When did you do that work?
6    A.   2011.
7    Q.   Do you know who Kevin Donlon is?
8    A.   I do know Kevin Donlon.
9    Q.   Do you know who he is employed with?
10   A.   At present, Kevin Donlon, to my
11  knowledge, has his own real estate investment firm.
12   Q.   Is it called Stone River Partners?
13   A.   To my knowledge. But I don't have
14  any -- I have not spoken to Kevin Donlon since he
15  started a new entity. So I don't know for sure other
16  than seeing the e-mail address that you provided.
17   Q.   Did you build a model for Kevin Donlon
18  at any time?
19   A.   I enhanced a spreadsheet that he
20  provided for the specific purposes of a loan
21  transaction.
22   Q.   When was that?
23   A.   2011.
24   Q.   Do you recall if at the time he was
25  employed by or associated with an entity called Stone

Page 15

1  River Partners? Does that ring a bell?
2    A.   No.
3    Q.   You don't remember?
4    A.   No.
5    Q.   What did you do to enhance the model
6  that you just testified about?
7    A.   His model was a very simple model to
8  start with. That only gave a schedule of cash flows
9  and had a very simple default assumption capability.
10       I expanded that model to include a more
11  advanced default specification capability. I
12  expanded the model to include multiple limited
13  partnership investors participating in that
14  transaction. I included numerous parameters that
15  would enable a changing of the economic terms of the
16  partnership arrangement. I produced summary tables
17  describing what the returns would be to each party
18  for different partnership arrangements.
19   Q.   And did you use that model for your work
20  with Priderock?
21   A.   No.
22   Q.   No part of it?
23   A.   I would have used the very first generic
24  template, and I would have used my knowledge of the
25  product that I certainly gained through that

Page 16

1  experience. But that set of templates that I
2  developed in the context of that project with Kevin
3  Donlon was not applicable to Priderock.
4    Q.   In what respect?
5    A.   In the respect that Kevin Donlon had a
6  different objective than Priderock.
7    Q.   What was the difference that you're
8  referring to?
9    A.   Kevin Donlon was seeking a partner to
10  purchase one fixed-rate security on an
11  economics-sharing basis. That was a different
12  application than having fixed-rate and floating-rate
13  securities contained in a fund.
14   Q.   Okay. Did you develop a model in
15  connection with or for First Union Bank?
16   A.   I developed many models for First Union
17  Bank.
18   Q.   And did any of the work that you did in
19  developing models for First Union Bank end up in the
20  model that you did for Priderock?
21   A.   No.
22   Q.   Okay. So none of that's --
23   A.   No.
24   Q.   -- to be found in the current model?
25   A.   It's a different subject matter.

Page 17

1    Q.   What was the subject you were modeling
2  for First Union?
3    A.   Residential mortgage-backed securities
4  and subprime mortgage-backed securities.
5    Q.   And then that doesn't have any
6  application to the model that you prepared for
7  Priderock?
8    A.   No.
9    Q.   No?
10       MR. MIOSSI: Mark that as 3, please.
11  EXH       (Exhibit 3, six-page document entitled,
12  "Calculations of Asset Management Fees and Promotes
13  of Priderock Capital Partners LLC, and Compensation
14  to Webster Hughes," dated 9/28/18, marked for
15  identification, as of this date.)
16   Q.   Before I ask you a question about
17  Deposition Exhibit number 3, I just wanted to close
18  out this question regarding a model that's displayed
19  on the screen from the documents that you've
20  produced.
21       Is it your testimony, Dr. Hughes, that
22  the model that we're looking at here on the screen is
23  entirely your work?
24   A.   No, that is not my testimony.
25   Q.   Then can you elaborate? What part of

5 (Pages 14 to 17)

Page 18

1  the model is yours and what part of the model did you
2  perhaps adopt from other sources?
3        A.    This model, I did not adopt anything
4  from other sources for this model.
5              This model has numerous tabs.  If you
6  see the tab labeled, "Source," that's a red tab.
7  Pointing to the right, the tabs to the right are
8  the -- are the portions of the spreadsheet that
9  contain my model.  There are numerous tabs to the
10  right.
11             The tabs to the left are tabs created by
12  Dan Ng to use the results of my model to display fund
13  economics and returns and marketing materials in
14  Priderock's presentation formats.
15       Q.    So your testimony is, everything to the
16  right of the source tab as you look at the model is
17  what you created, is that correct?
18       A.    Yes, it is.
19       Q.    And it was not adopted from any other
20  model you prepared for any other party?
21       A.    No.
22       Q.    Okay.
23             MR. MARIANI:  Excuse me a second.  Let
24  him finish his question.
25             THE WITNESS:  Sure, thank you.

Page 19

1        Q.    Right now, I've given you --
2        A.    Excuse me.
3        Q.    Yes.
4        A.    I -- to the best of my knowledge
5  everything to the right is my model.  You could slide
6  over and look at the tabs so that I can confirm that
7  no work that Dan Ng put in there would have been
8  included.
9        Q.    Okay.  And so you want me to click on
10  each tab?
11       A.    That's my work.
12       Q.    So the tab that's titled FXD-Tax
13  Purposes" is your work?
14       A.    Yes.
15       Q.    And the tab "FXD-CF Purposes" is your
16  model?
17       A.    Yes.
18       Q.    And the tab titled "Sheet 1" appears to
19  be blank, is that right?
20       A.    I think you accidentally entered that
21  when you were scrolling over to the right.
22       Q.    That's possible.  Then the tab "FLTR-Tax
23  Purposes" was what you created?
24       A.    Yes.  See, that is how you entered it.
25       Q.    Yes, I see.  So "FLTR-CF Purposes" is

Page 20

1  your work?
2        A.    Yes.
3        Q.    "Buying Investment" is yours?
4        A.    Yes.
5        Q.    And then "Data" --
6        A.    That would be Dan's pointer.
7        Q.    Okay.
8        A.    So I think that you want to just tab on
9  the little dots to the right of "Data."  Yes.
10       Q.    Okay.  And the question is, is this
11  underlying data that is part of the model or is this
12  something that you created, "FXD-Loan Tape"?
13             MR. MARIANI:  Objection, compound.
14       A.    This is data pertaining to the deal
15  that's specified in cell A-4, which was downloaded
16  from the Freddie Mac data site.  I then designed a --
17  modified the template in which it was downloaded in
18  order to utilize it for generating cash flow
19  schedules within my model.
20       Q.    Okay.  This is data from Freddie Mac, is
21  that correct?
22       A.    Yes.
23       Q.    Then the next tab is "FXD-Deal Summary"?
24       A.    That is an excerpt from Freddie Mac's
25  prospectus that, for that deal that explains the cash

Page 21

1  flow rules.
2        Q.    Okay.  Next tab is "FLTR-Loan Tape."  Is
3  this also downloaded from Freddie Mac?
4        A.    Downloaded from Freddie Mac into a
5  customized template that I created.
6        Q.    Okay.  The next one is "FLTR-Deal
7  Summary."  Is that material or data taken from
8  Freddie Mac?
9        A.    Yes, it is.
10       Q.    And the default study, what is that one?
11       A.    This is data from Freddie Mac that my --
12  that I in my -- excuse me, I would like to use
13  correct English -- that my analytics team, including
14  my son and I, created using Freddie Mac data.  I
15  should say this is an analysis of Freddie Mac default
16  history that I created using data that my son and his
17  analytics team pulled from the Freddie Mac data site.
18       Q.    And did they enter the data or did they
19  devise the formulas that are part of default study,
20  the default study?
21             MR. MARIANI:  Objection to form.
22  Compound.
23       A.    They downloaded the data and I devised
24  the templates and the formulas.
25       Q.    Okay.  And is that, are there any more

6  (Pages 18 to 21)

Page 22

1  tabs here to the right or are we at the end of the
2  model?
3      A.  We are at the end.
4      Q.  Okay.
5      A.  Please click on, "Combined investment."
6      Q.  Okay.
7      A.  Oh, yes, okay.  Sorry.  I thought we
8  were to the left of the first red tab.  That's to the
9  left of the second red tab.  I would like to confirm
10  that the tabs to the left of the first red tab are
11  Dan Ng's work.
12     Q.  All of them?
13     A.  Let's click on them.
14     Q.  So "Summary Portfolio"?
15     A.  Yes.  That is Dan Ng's work.
16     Q.  And "Summary Individual"?
17     A.  Yes, that is Dan Ng's work.
18     Q.  And "Summary"?
19     A.  Yes, that is Dan Ng's work.
20     Q.  "Investment Projections"?
21     A.  That appears to be Dan Ng's work that I
22  checked and modified for accuracy.
23     Q.  When you say Dan Ng's work, did he
24  create the template for those spreadsheets?
25     A.  He created the template for the

Page 23

1  spreadsheets to the left, the Priderock spreadsheets.
2  I -- and he would have partially created this
3  template.
4      Q.  For investment projections?  Is that
5  right?
6      A.  Yes.  We would have worked together on
7  this template.
8      Q.  Okay.  And then the "IR Conversion" tab,
9  is that Dan Ng's work?
10     A.  That's Dan Ng's work, yes.
11     Q.  And the "promote," is that Dan Ng's work
12  also?
13     A.  Would you please slide down the page?
14  Tell me when to stop.
15     A.  Yes, that appears to be Dan Ng's work.
16     Q.  Okay.  And then the source, now we're
17  into the material that you just testified that you
18  created, correct?
19     A.  Yes.
20     Q.  And does that mean that you created the
21  template for these particular spreadsheets that are
22  to the right of the source tab?
23     A.  Yes.
24     Q.  And did anyone else assist you in the
25  creation of those templates?

Page 24

1      A.  No.
2      Q.  Did you use these templates for any
3  other entity or person prior to Priderock?
4      A.  No.
5      Q.  So now, if I can ask you to look at
6  Exhibit number 3, this is the report that contains, I
7  think, six pages.
8          MR. MIOSSI:  Okay, so Exhibit number 3
9  is a six-page document titled, "Calculations of Asset
10  Management Fees and Promotes of Priderock Capital
11  Partners LLC, and Compensation to Webster Hughes."
12  And this was prepared by Dr. Hughes dated September
13  28, 2018.
14     Q.  This is your expert report, is that
15  correct?
16     A.  Yes.
17     Q.  What do you propose to testify to a
18  jury -- or let me ask it differently.
19          On what topic do you propose to testify
20  before a jury as an expert?  What is the subject
21  matter of your expertise?
22     A.  In-depth knowledge of complex
23  commercial-backed securities and the quantitative
24  analysis of returns' cash flows, and the effects of
25  leverage on those investments and allocations of

Page 25

1  profits among the parties.
2      Q.  When you say "to the parties," who
3  specifically are you referring to?
4      A.  An investor and a lender and a manager.
5      Q.  Okay.  And of those three categories,
6  would you include yourself among the manager
7  category?
8      A.  I would include myself.  I would not
9  include myself as a manager.  I would include myself
10  as an expert consultant, adviser and quantitative
11  adviser to a manager.
12     Q.  You're supporting the manager, correct?
13     A.  Yes, I am.
14     Q.  And in preparing your expert report, do
15  you make any assumptions in preparing your analysis?
16     A.  Yes.
17     Q.  Can you identify the assumptions that
18  you included in your report?
19     A.  I would need to look on each page.
20     Q.  Please do.
21     A.  On the first page, I used the
22  assumptions that were in the April 2016 model shown
23  on the spreadsheet that was used for the private
24  placement memorandum and the creation of the
25  marketing materials.

7  (Pages 22 to 25)

Page 26

1    I made no additional assumptions.
2       Q.   Okay.  And why don't you walk me through
3    what this first page is purporting to explain.  It's
4    titled, "Calculations Using April 2016 Model Shown in
5    Private Placement Memorandum."
6       MR. MARIANI:  Let me just insert real
7    quickly for the record, that's page 2 of the exhibit.
8    You're calling it the first page because it's the
9    first page of analysis.
10      MR. MIOSSI:  Correct.  The document is
11   not paginated.  But it is the second page of the
12   exhibit, correct.
13      **A.   Would you like for me to read the four**
14   **bullet points?**
15      Q.   No, I would just, I mean, you can, but
16   I'm trying to understand, what is the information
17   that you're attempting to communicate on this
18   particular second page of the exhibit?
19      **A.   I am communicating the asset management**
20   **fee and the promote that Priderock projected they**
21   **would receive on the fund in their -- in the**
22   **projections that they showed in the marketing**
23   **materials and the private placement memorandum.**
24      **That is the first section.  The second**
25   **section shows WH compensation of $200,000 per year**

Page 27

1    for years one through eight, plus ten percent of the
2    promote calculated from the total promote that
3    Priderock receives summed for each year, and
4    present-valued at different interest rates.
5       Q.   Okay.  Now, take the top half, which is
6    Priderock fees.  You mentioned that the promote was
7    something that the offering memorandum projected, is
8    that right?
9       **A.   I do not know if the offering memorandum**
10   **specifically projected these numbers.  The model was**
11   **used to produce certain risk and return summary**
12   **numbers in the private placement memorandum.**
13      **These numbers, the asset management fee**
14   **and promote, are drawn from the pro forma projections**
15   **in the model that you have on the screen, the April**
16   **2016 model, that Priderock utilized for their**
17   **marketing materials.**
18      Q.   The, I guess the very nature of the
19   terminology, these were projections, correct?  These
20   weren't guaranteed sums, particularly in year 8 and
21   9, or column 8 and 9, however you want to read it.
22   Those are what would be hoped to be earned as promote
23   in those later years; is that accurate?
24      **A.   I would make the correction, it's what**
25   **would be provided as a base case projection.**

Page 28

1       Q.   As a what case, I'm sorry?
2       **A.   Base case projection, which Priderock**
3    **would put forward as a conservative expected return.**
4       Q.   But nonetheless, it is a projection,
5    right?
6       **A.   Yes.**
7       Q.   And depending upon how the investment
8    performed actually in the prior years would affect
9    what, if any, promote would be generated, is that
10   correct?
11      **A.   Yes.  It would also affect the asset**
12   **management fee.**
13      Q.   Okay.  Does this reflect -- I think
14   you're aware, but if you're not, it's fine, that to
15   date the Priderock Multifamily Debt Opportunity Fund
16   is operating at a loss, are you aware of that?
17      **A.   No.**
18      Q.   Okay.  If my statement were true, would
19   that alter the projections that are reflected here in
20   your calculations, Exhibit 3, page 2?
21      **A.   I have no way of knowing that without**
22   **analyzing what is meant by "loss."  I have no way of**
23   **knowing from your statement that, whether it is or is**
24   **not a loss.**
25      Q.   And then the lower half of -- sorry, go

Page 29

1    ahead.
2       **A.   Excuse me, let me ask for a**
3    **clarification.  Is it a loss for the limited partner**
4    **investors or is it a loss for the general partner?**
5       Q.   Well, let me ask you a different
6    question:
7       Assume it's a loss for the general
8    partner.  Would that affect your calculations or your
9    projections, I should say?
10      **A.   Depending on how they allocate expenses,**
11   **that would have to be the biggest effect.  They could**
12   **be adding many expenses from other parts of their**
13   **business.  So that would be a determinant in their**
14   **profitability, which would be separate from the**
15   **performance of the securities and from the asset**
16   **management fees earned.**
17      Q.   You anticipated being compensated from
18   the -- by the general partner of the MDOF, is that
19   correct?
20      MR. MARIANI:  Objection, form.
21      **A.   At the time that we agreed, it was not**
22   **clear which entity would be paying which amounts to**
23   **whom.**
24      Q.   Okay.  So you don't know?
25      **A.   Don't know.**

8  (Pages 26 to 29)

Page 30

1    Q.   In the second part of the chart, the
2    lower half of the chart, which is "WH Compensation
3    Agreement," that represents your contention as to
4    what the parties, you, and Priderock had agreed to in
5    terms of your compensation for your work on this
6    investment fund; is that correct?
7    A.   That's correct.
8    Q.   So, the all the calculations here assume
9    that it is true that there was an agreement.  Let me
10   just state it, an enforceable agreement between you
11   and Priderock to pay $200,000 per year as well as ten
12   percent of the promote that would go to you, correct?
13   A.   Yes.
14   Q.   And that's all that's reflected here; is
15   that true?
16   A.   Yes.
17   Q.   This doesn't reflect a percentage of the
18   management fees that would go to you?
19   A.   No.
20   Q.   Do you contend that Priderock agreed to
21   pay you a percentage of the management fees for the
22   MDOF?
23   A.   No.
24   Q.   I want to back up a step before I go to
25   the next page.  Typically, when there's an expert

Page 31

1    witness in a lawsuit, you ask, "What are you being
2    paid, how are you being paid?"  So it's a little
3    awkward because you're the Plaintiff in the case, and
4    you also propose to testify as an expert.
5         Are you compensating yourself for the
6    preparation of this report and the expert analysis?
7    A.   No.
8    Q.   The outcome of your analysis is really
9    contingent on winning a judgement in the case, is
10   that true?
11        MR. MARIANI:  Objection, form.
12   A.   Say that -- please ask the question
13   again.
14   Q.   Well, the purpose of your report is to
15   persuade a jury that you should receive money
16   damages, is that accurate?
17   A.   That is the purpose of this report.
18   Q.   And you don't have any -- you don't
19   intend to be compensated for preparing this report or
20   analysis by any other means, do you?
21   A.   I have asked for no compensation from
22   this.  My lawyers instructed me to perform this
23   expert analysis.  There was no discussion of
24   compensation.
25   Q.   How much time did you spend preparing

Page 32

1    your expert report?
2    A.   How would you like for me to quantify
3    that?
4    Q.   However you like; days, hours, whatever
5    is comfortable.
6    A.   Allocating intermittent time over one
7    week.
8    Q.   Can you quantify that in terms of a
9    number of hours that you devoted to this Exhibit 3?
10   A.   Fifteen.
11   Q.   And you did that over the course of a
12   week?
13   A.   Yes.
14   Q.   When did you begin work on the report?
15   A.   I do not remember the exact day.
16   Q.   The report's dated September 28, 2018.
17   Does that refresh your memory as to when you began
18   working on it?
19   A.   Approximately a week before.
20   Q.   Did anyone assist you in preparing the
21   report?
22   A.   I prepared drafts to my lawyers, and
23   they requested some modifications.
24   Q.   Okay.  Did anyone tell you what you
25   needed to put in this report?

Page 33

1    A.   They requested modifications and they
2    requested the specific three analyses.
3    Q.   And can you identify the modifications
4    that were requested?
5    A.   They requested modifications to the
6    listing of present values.  They requested the
7    elimination of certain sheets, and the inclusion of
8    others.  They requested changes in the headings and
9    explanations to be more clear.
10   Q.   What --
11   A.   That's it.
12   Q.   -- when you indicated that they
13   requested that sheets be omitted, what was omitted?
14   What did you omit from the report that you've
15   submitted in the case?
16   A.   I initially prepared reports that showed
17   upside returns and downside returns based on
18   differing economic assumptions.  And they requesting
19   for the sake of brevity and conciseness that I
20   eliminate those.
21   Q.   In preparing your report, did you apply
22   any particular methodology in arriving at your
23   conclusions, your opinions?
24   A.   I did.
25   Q.   What methodology did you apply?

Thompson Court Reporters, Inc
thompsonreporters.com

Page 34

1    A.   The methodology that I utilized was to
2    start with their base case model from April 2016 that
3    included three example security purchases, and the
4    fee structure shown in the private placement
5    memorandum, and an example, 30 percent LTV, and then
6    to modify those various example securities to include
7    the terms of the actual securities that they
8    purchased to modify the loan to equal the actual
9    acquisition loan from Key Bank to replace the fee
10   structure shown in the private placement memorandum
11   with the revised fee structure that, to the best of
12   my knowledge, Priderock utilized; and also, to
13   incorporate a reduced fees based on the actual
14   performance to date being different from the
15   projected performance to date.
16       Q.   Okay.  The page we've been discussing
17   here, the second page of Exhibit 3, this is based
18   examples but not actual securities that the MDOF
19   purchased, is that correct?
20       A.   That is correct.
21       Q.   And just so that it's clear in the
22   second bullet, the acronym FREMF, what does that
23   stand for?
24       A.   Freddie Mac Multifamily.
25       Q.   All right.  On the next page, the third

Page 35

1    page of Exhibit 3, what does this page purport to
2    explain?
3        A.   This explains the -- this isolates the
4    model for the first of three actual security
5    purchases.  And this uses the actual terms that, to
6    best of my knowledge, were utilized by Priderock for
7    that purchase.  And it incorporates the prepayments
8    to date and a increased prepayment assumption that I
9    relied upon the most recent Freddie Mac servicing
10   report to incorporate in the model.
11       Q.   Do prepayments affect the performance of
12   the investment?
13       A.   Yes.
14       Q.   How?
15       A.   Prepayments shorten the investment.
16   They do not cause defaults.  They shorten the
17   investment, which means the investors will earn the
18   same return but over a shorter time period, so
19   there's no detriment to the investors.
20           However, the asset management fees will
21   be reduced because the security is paid back sooner.
22   And the investment management fees are based on the
23   amount of investment outstanding.  And the promote
24   will be smaller because the profit has less time to
25   accumulate.

Page 36

1    This model incorporates that.
2        Q.   And this model incorporates that as of
3    what date?  When did you incorporate the data to
4    reflect the prepayment and other changed conditions
5    that you just testified about?
6        A.   At the time of making the model, I
7    downloaded the Freddie Mac servicing reports which I
8    included on the thumb drive that I gave to you.  And
9    I looked at the total amount that had been prepaid,
10   and I used that amount to modify assumptions within
11   the model.
12       Q.   And you did that the last week of
13   September 2018?
14       A.   Yes, I did.
15       Q.   And this particular chart reflects, it
16   pertains just to the KF 29 security, is that right?
17       A.   Yes, it does.
18       Q.   And then, I know we won't need to repeat
19   this because it continues on each page, but in the
20   lower half of the chart, which represents what you
21   contend was the agreement to compensate you, those
22   are terms that you allege Priderock agreed to pay
23   you; is that right?
24       A.   These are hypothetical.  Those are the
25   terms that Priderock agreed to pay.  The amount that

Page 37

1    is calculated here is a hypothetical amount, assuming
2    that only one security was purchased.
3            In actuality, three securities were
4    purchased and the amount is higher because of that,
5    and it has a longer termination date.
6        Q.   Two of the securities -- the KF 29 was
7    purchased when you were still working with Priderock,
8    right?
9        A.   Yes.
10       Q.   And the subsequent purchases did not
11   occur until 2018, is that your understanding?
12       A.   Yes.
13       Q.   And you were no longer providing any
14   service to Priderock as of 2018, correct?
15       A.   I was no longer providing a service.
16       Q.   All right.  And the next page, that's
17   the forth page of Exhibit 3, explain what the chart
18   here is purporting to demonstrate.
19       A.   Hold on a minute, please.
20           (A pause in the proceedings.)
21       A.   Okay.  Can you please ask your question
22   again?
23       Q.   Sure.  The following page of the
24   exhibit, which I think is the fourth page of
25   Exhibit 3, contains another chart titled,

Thompson Court Reporters, Inc
thompsonreporters.com

Page 38

1    "Calculations Using Updated Model of 3 Actual
2    Security Purchases."
3              What are you attempting to illustrate
4    here?
5         A.    In this model, I'm illustrating what
6    projected returns, projected asset management fees,
7    and promote, would be using the three actual
8    purchases as opposed to the three example purchases
9    in the April 2016 model, and revised the prepayment
10   assumptions based on actual performance to date.
11        Q.    And this carries out for a period of 17
12   years, is that correct?
13        A.    Yes, it does.
14        Q.    And if I look in the lower half of the
15   chart on the left side, where there's three
16   present-value figures stated --
17        A.    Um-hum.
18        Q.    -- does that represent different damage
19   claims that you are asserting in this case, assuming
20   application of certain interest rate factors?
21        A.    The interest rate would pertain to
22   the -- would affect the promote, yes.
23        Q.    I'm just focusing on this column
24   under --
25        A.    I need to make a correction, not a

Page 39

1    correction, but an addition to my prior statement on
2    the modifications that I made, both on page 2 and on
3    page 3. I also incorporated updated assumptions for
4    interest rates based on current market conditions.
5         Q.    Okay. Let me take you back to my
6    question, though. I'm on page 4 of your report. And
7    I'm looking under the column with a zero on it in the
8    lower half, which is "WH Compensation Agreement."
9         A.    Yes.
10        Q.    And there are three figures there
11   associated with different present-value interest rate
12   assumptions, do you see that?
13        A.    I do.
14        Q.    And what is that attempting to
15   demonstrate? What are you attempting to do there?
16   What are you -- is that the amount of money that you
17   claim you should be paid in this case, or should have
18   been paid?
19        A.    Those are simply a industry-accepted
20   present-valuing of a stream of cash flows that people
21   sometimes use for a settlement in lieu of receiving a
22   longer stream of cash flows.
23        Q.    So let's just use the present, the
24   number associated with the present value at a
25   three-percent interest rate, which is 2,287,571.

Page 40

1              What goes into that number?
2         A.    This number is the sum of the cash flow
3    in the "WH Total Compensation" row for each year with
4    a present-value factor applied to it, which equals 1
5    plus 3 percent raised to the power minus the number
6    of years.
7              That number is multiplied by the total
8    compensation number in that year. And those are all
9    added together to get that number.
10        Q.    So when you say "those are added
11   together," the $200,000 per year -- the eight-year
12   period, that's added together, correct?
13        A.    The present value of each of those
14   numbers is added to it to calculate a present value
15   of $200,000 in a year. For example, in year 4, one
16   must divide by one plus 03 -- 1.03 raised to the
17   fourth power.
18        Q.    Okay.
19        A.    So each of those payments has a present
20   value. The present value of all the individual 17
21   payments is added together to get the total present
22   value.
23        Q.    So then if we just stay with this
24   present value, using the three-percent factor --
25        A.    Um-hum.

Page 41

1         Q.    -- is that an amount that you contend
2    you should be paid if you were paid today, based upon
3    the alleged agreement that you had with Priderock
4    Capital?
5         A.    That would be economically equivalent to
6    being -- to receiving the sum of payments over time.
7         Q.    So that would be the present value of a
8    17-year stream of payments that's reflected in this
9    chart, is that correct?
10        A.    That would be equivalent, assuming a
11   three percent discounting rate.
12        Q.    Correct. Okay.
13        A.    People can differ on discounting rates.
14        Q.    And then the fifth page, which is
15   titled, "Background and Experience," summarizes some
16   of your prior employment and consulting work, is that
17   correct?
18        A.    Yes, it does.
19        Q.    Doesn't include everything, does it?
20        A.    No.
21        Q.    And then on the final page of the
22   exhibit, "Background and Experience," there is a
23   title, there is a heading, "Publications,
24   Presentations and Patents."
25              Are these all the publications,

11 (Pages 38 to 41)

Page 42

1   presentations and patents that you have made?
2        A.   I've made many other presentations that
3   I didn't include here.  These are the only
4   publications and patents and a selected number of
5   presentations.
6        Q.   Do any of these publications,
7   presentations or patents pertain to the opinion that
8   you're stating in your report?
9        A.   Only in the general sense that they
10  demonstrate my quantitative capabilities and my
11  understanding of complex financial products.
12       Q.   But nothing specific, is that right?
13       A.   Nothing specific.
14       Q.   Does your report, Exhibit 3, contain all
15  the opinions that you intend to express in this case?
16       A.   They contain all of my opinions that I
17  intend to express as to the projected asset
18  management fees and promotes that would be earned by
19  Priderock and to the WH compensation that would be
20  associated with those asset management fees and
21  promotes.
22       Q.   So this reflects your opinion as to what
23  Priderock Capital Partners will earn from the MDOF,
24  is that right?
25       A.   Yes.

Page 43

1        Q.   And it also reflects your contention as
2   to what compensation you should be paid in connection
3   with your work on the MDOF, is that correct?
4        A.   That's correct.
5        Q.   Are there any corrections or changes
6   that you want to make to your report?
7        A.   The -- the only modifications that I
8   could foresee making to this report would be one
9   based on receiving in discovery the actual terms of
10  the KF 46 and the K 1504 purchases, and any loans
11  that were executed as part of that.  And so at this
12  time, those would be the only changes.
13       Q.   Okay.  Have you provided expert witness
14  testimony before?
15       A.   Yes.
16       Q.   Tell me about each one of those
17  instances where you have served or provided expert
18  witness testimony.
19       A.   I have provided two expert witness
20  testimonies.  One -- both in the 2010 to '12 time
21  frame.  I do not have records.  One expert assignment
22  was on behalf of Nomura Securities in a lawsuit
23  against Cadwalader, the Cadwalader law firm for
24  malpractice in performing due diligence and writing
25  the documents for a CMBS transaction that went sour

Page 44

1   and Nomura was sued on.
2        Q.   And CMBS is --
3        A.   Commercial mortgaged-backed securities.
4   I wrote an opinion as to whether or not Cadwalader
5   made a false representation and was negligent in
6   their representation.
7        Q.   Who retained you?
8        A.   Nomura's counsel.
9        Q.   Where was that case -- where did that
10  take place?
11       A.   I don't know the specific jurisdiction.
12  I assume New York, but I do not know.  Because the
13  hospital -- the loan was based on a property in
14  Chicago.  So I don't know the jurisdiction.  I don't
15  recall the name of the law firm.  I do recall that
16  the case was settled and my expert opinion was not
17  utilized.
18       Q.   Did you give a deposition in the case?
19       A.   I did not.
20       Q.   But you did prepare an expert report?
21       A.   Yes.
22       Q.   On behalf of Nomura Securities, is that
23  right?
24       A.   Yes.
25       Q.   Do you recall when you did that?

Page 45

1        A.   Only the time frame.
2        Q.   Which was when?
3        A.   It was either 2010 or 20 -- well, I
4   think it was 2010.
5        Q.   And were you paid for your work?
6        A.   Yes, I was.
7        Q.   How were you compensated?
8        A.   Hourly.
9        Q.   An hourly rate?
10       A.   Yes.
11       Q.   What did you charge?
12       A.   I think the rate was $600 an hour.
13       Q.   Other than preparing the report for
14  Nomura, you did no further work on that case?
15       A.   No.
16       Q.   Do you still have a copy of that report?
17       A.   No, I do not.
18       Q.   And I think you testified you didn't
19  recall where the case was filed?
20       A.   I do not.
21       Q.   And then you mentioned another case.
22  Which was that?
23       A.   Another case was a case in which one
24  party alleged that another party had defrauded them
25  on a partnership that included some complex

12  (Pages 42 to 45)

Thompson Court Reporters, Inc
thompsonreporters.com

Page 46

1  commercial-backed security derivative products that I
2  was an expert on.
3          So in that case I performed an
4  evaluation of the portfolio of those securities so
5  that I could testify to their value, which was in
6  dispute in the proceeding.
7      Q.   Was that, do you remember the case was
8  called Elizabeth Ross vs. Gregory Stranger?
9      A.   I do.
10     Q.   And the Stranger Family 2003 Trust and a
11 variety of other partners?
12     A.   I do.
13     Q.   And that was a case that was filed in
14 Marin County, California, is that right?
15     A.   Yes, it was.
16     Q.   By which party were you retained?
17     A.   The plaintiff.
18     Q.   Elizabeth Ross?
19     A.   Yes.
20     Q.   Did you prepare a report?
21     A.   Yes, I did.
22     Q.   And did you give testimony in the case?
23     A.   Yes, I did.
24     Q.   So I'm clear, did you give a deposition
25 in the case?

Page 47

1      A.   I did.
2      Q.   And then there was a trial, is that
3  right?
4      A.   There was.
5      Q.   And you testified at the trial?
6      A.   I did.
7      Q.   Do you have any of those records, either
8  the report or the transcripts of the testimony that
9  you gave in the Ross vs. Stranger case?
10     A.   I do not.
11     Q.   And what happened, what was the outcome
12 of that case?
13     A.   The plaintiff was successful and
14 received a settlement.
15     Q.   Okay.  Do you recall if the jury entered
16 a judgement or a verdict in favor of the plaintiff or
17 whether it was settled?
18     A.   I do not recall.
19     Q.   And how long was your trial testimony,
20 do you recall?  Was it a day, an hour?
21     A.   It was the better part of a day.
22     Q.   And I take it that the court qualified
23 you as an expert witness in that case?
24     A.   I assume.
25     Q.   Okay.  And how were you compensated for

Page 48

1  that work?
2      A.   Hourly plus a daily travel allowance
3  amount.
4      Q.   And what was the hourly rate?
5      A.   $450.
6      Q.   You did that work in what year?
7      A.   I think it was 2010.
8      Q.   And do you know how you were retained,
9  how you came to be retained?
10     A.   Yes.
11     Q.   Different question.
12     A.   Yes.  An asset manager who was part of
13 the Markowitz -- and who invested in those types of
14 complex CMBS derivatives knew Elizabeth Ross and
15 knew -- he knew both parties and knew that Elizabeth
16 Ross was in a lawsuit, and that she wanted, needed an
17 expert witness and he recommended me.
18         MR. MIOSSI:  Okay, thank you.  I have no
19 further questions.
20         THE WITNESS:  Okay.
21 EXAMINATION BY
22 MR. MARIANI:
23     Q.   Webster, I'm going to ask you just a few
24 questions if I may.  Let's keep your Exhibit 3 out.
25     A.   Um-hum.

Page 49

1      Q.   And let's look at page 2 of Exhibit 3.
2  I'm just going to ask you about pages 2, 3 and 4.
3          Could you describe, as relates to page
4  2, the data and information you've relied on to
5  compile page 2 of your report?
6      A.   I relied on the, a copy of the model
7  that was -- that we produced in April 2016, that we
8  agreed would be used for private placement memorandum
9  projections and marketing presentations, and client
10 presentations.  I utilized that model.
11         And I took the numbers from the
12 presentation page in that model that Dan Ng had drawn
13 from my models, and there were specifically included
14 in tables on marketing on Priderock MDOF marketing
15 materials.
16         The numbers of the asset management fees
17 and the promotes are the exact numbers that were
18 included on the tables in the marketing books that
19 Priderock provided to investors.
20     Q.   How was that data compiled, the data
21 that you reviewed?
22     A.   That data is contained in the model that
23 I provided on thumb drive which we're calling the
24 April 2016 model.
25         It is based on example FREMF securities.

13  (Pages 46 to 49)

Thompson Court Reporters, Inc
thompsonreporters.com

1  I've -- in earlier part of this deposition, when I
2  was shown those models on the screen, I explained
3  what that data was.  And the other data would have
4  been input assumptions that we agreed would be used
5  for the marketing materials and private placement
6  memorandum.
7      Q.   Let me ask you to turn to page 3 of
8  Exhibit 3.
9      A.   Um-hum.
10      Q.   In respect of all the information on
11  that page, explain, please, what data you reviewed
12  and data formed the basis of your statements on page
13  3.
14      A.   Okay.  Subsequent to in the time of
15  purchase, the model for floating rate securities that
16  we had -- you're talking about page 2 or 3?
17      Q.   Page 3.
18      A.   Okay, so page 3 is the model of first
19  actual security purchase, calculations using
20  updated model for first actual security purchase?
21      Q.   Correct.
22      A.   The words, "Updated model" refer to the
23  model that, over the prior year, had been updated for
24  numerous reasons.  And subsequent to our actual
25  purchase of Freddie Mac KF 29, had been updated

1  further to reflect as closely as possible that exact
2  security purchase.
3          That is -- and that model is drawn from
4  final copies that I provided to the Priderock team
5  around the time of April 17th.
6      Q.   When you say "updated for numerous
7  reasons," explain what you mean.
8      A.   There would be details such as the exact
9  amortization schedule, any potential bugs that, over
10  time, we identified in a model, which always occurs
11  with complex models; the -- some specific aspects --
12  oh.  One very important aspect is the terms of the
13  Key Bank loan.
14          The Key Bank loan was complicated and
15  both Key Bank and I did a lot of work on that model,
16  and I meticulously incorporated the various covenants
17  and terms and collateral accounts of that model -- of
18  that loan into the model.
19          So that as of the purchase, we had that
20  loan specifically modeled.  Prior to the purchase,
21  those changes were utilized by Priderock and Key Bank
22  for negotiation and for approval by Key Bank.
23      Q.   For the time period between April 17th
24  in 2017 -- April 17th of 2017 and, say, August of
25  2018, did you, if you did, did you incorporate actual

1  performance data of particular mortgages that were in
2  the loan that was purchased?
3      A.   When preparing this report, I did
4  incorporate the historical performance data in an
5  approximate manner.
6      Q.   Explain what you mean by "approximate
7  manner."
8      A.   The model that I had set up had included
9  a template for -- for making prepayment and default
10  assumptions on an annual basis.  To put in the
11  precise, actual assumptions, I would have needed to
12  do that on a monthly basis.
13          Rather than doing it on a monthly basis,
14  I utilized the actual performance numbers from the
15  servicing reports to make an approximation with an
16  annual prepayment.
17      Q.   When you say "annual," did you use
18  twelve months of data or 16 or 18 months of data?
19  Explain that.
20      A.   I used all data.  However, within the
21  model, the model assumes the cash flow for a security
22  is determined by the amount of prepayment and default
23  each month.
24          However, when designing a model that
25  investors can utilize and the team members can

1  understand, there are limits to how granular one
2  wants to input assumptions.
3          So I had my model where one -- I made my
4  model so that one could input prepayment and default
5  assumptions by year, by specifying a year of
6  prepayment and the year, actually the month, and
7  amount of prepayment and default and loss.  And I
8  included a template that allowed for six separate
9  months of input over the life of the security as an
10  approximation.
11          Hence, so I got, when I -- so when I
12  received the servicing reports, set the inputs
13  assumption using that template to approximate the
14  performance using a smaller number of actual
15  prepayment times.
16      Q.   Okay, thank you.  Turn to the next page,
17  please.  The one headed, "Calculations Using Updated
18  Model of Three Actual Security Purchases."
19      A.   Yes.
20      Q.   Could you indicate what data and other
21  information you relied on in preparation of this page
22  of your report.
23      A.   Yes.  Oh, I need to add additional
24  information on the prior page.
25      Q.   Please do.

Page 54

1    A.   I also changed the interest rate
2 assumption to reflect current market -- to reflect
3 the actual interest rates from April 2017 until
4 current, and to make a projection going forward based
5 on current market conditions.
6         That is a normal part of model updating,
7 to update the interest rate assumptions and the
8 actual performance.
9    Q.   Okay, thank you.  Let's turn back to the
10 page that's headed, "Calculations Using Updated Model
11 of Three Actual Security Purchases."  And please
12 indicate what data and other information you used for
13 the basis of this page of your report.
14    A.   Okay.  When I replaced the three example
15 securities with three actual securities.  The two
16 securities are floating rate.  For the KF 29, I used
17 the precise terms that I discussed on the prior page.
18 For the second floating rate security, I used the
19 same model except that I had to -- that I
20 incorporated the longer -- dated longer maturity
21 loans because the KF 46 is a ten-year maturity loans
22 whereas the KF 29 is comprised of seven-year maturity
23 loans.  So I made that modification.
24         I also went in -- I also studied the
25 documents downloaded from Freddie Mac to determine

Page 55

1 the terms; in particular, the coupons on tranches in
2 the KF 46 security, which are different than the
3 KF 29, and which materially affect cash flow.
4         So I used the terms at which the
5 securities were issued that I pulled from the data.
6 I also used the actual loans that the KF 46 security
7 utilized, and I replaced the loans that KF 29
8 security utilized, and I extended the template from
9 seven years to ten years.
10         Then, on, for the loan, I assumed a
11 30-percent acquisition loan with the same covenants
12 as the loan that Key Bank made on KF 29.  I do not
13 know the exact terms of that loan.  I do not know the
14 exact amounts, I don't know if there was a loan at
15 all.  So I had -- that's an assumption that I made in
16 a pending revision, subject to discovery.
17    Q.   So why do you believe the loan was made,
18 or let me say it, why did you assume the loan was
19 made?
20    A.   I assume --
21    Q.   The KF 46?
22    A.   -- I assume the loan was made because
23 the -- the original business plan was to purchase
24 floating rate securities with approximately 30
25 percent leverage with the exact number being

Page 56

1 determined by the proceeds needs at the time of
2 execution.  That is the difference between the amount
3 of capital that's been committed versus the purchase
4 price.  That would be the final determinant of the
5 loan amount.
6         Additionally, there was a huge amount of
7 work performed with Key Bank to arrange these loans
8 so I'm assuming that the -- that Priderock desired,
9 and that Key Bank agreed, to provide a loan for the
10 second purchase.
11    Q.   And that loan provided by Key Bank, is
12 that a loan that relates to the amount of money that
13 the partners at Priderock have to invest into the
14 purchase?
15    A.   Yes.  The amount of the loan is called a
16 purchase loan, and that's one way to describe it.
17 That loan is used because there was a deficit between
18 the amount of money that Priderock had raised from
19 investors to purchase the security in the case that I
20 don't know the specifics on, the KF 29, the deficit
21 between the amount they raised and the amount
22 required to actually purchase the security and close
23 the transaction or risk default to Freddie Mac.
24         So in that in the KF 29, 23 million was
25 required to close the transaction and avoid default.

Page 57

1 It was very important.
2    Q.   Now, back to this page 4 of your report.
3 There's a reference to K 1504.
4    A.   Yes.
5    Q.   Explain what that means and what data
6 and information you reviewed in respect of that item.
7    A.   K 1504 is a first loss tranche,
8 controlling class first loss tranche purchased from a
9 securitization that contains fixed-rate loans with a
10 15-year or 180-month maturity.
11         The fixed-rate loans -- that's called a
12 fixed-rate deal.  The fixed-rate deals that we had
13 contemplated in the prospectus and in the marketing
14 materials that I showed on page 2, that we projected
15 on page 2, were seven-year loans.  So my first step
16 to update this model was to replace the seven-year
17 loans with 15-year loans and insert an extra eight
18 years of months into the model.
19         Additionally, the fixed-rate
20 transactions are more complicated than the
21 floating-rate transactions.  The fix-rate
22 transactions also include a purchase of IO strips,
23 that means interest-only strips, pulled from the --
24 off the total collateral pool that accompanies the
25 first loss tranche.

Thompson Court Reporters, Inc
thompsonreporters.com

Page 58

1    The reason for that is, the first-loss
2    tranche is a -- structured as a principal-only
3    tranche which is purchased at a discount.  So the IO
4    tranches are included to provide current cash flow.
5        Q.    Current cash flow to whom?
6        A.    To the investors.  Because it is a strip
7    of interest off the entire deal, which then, when
8    combined with the principal-only, the controlling
9    class tranche, then provides both interest and
10   principal.
11       Q.    Is there any other data or information
12   you are reviewed in respect of page 4 of your report?
13       A.    Yes.  I used the settlement date of the
14   transaction that I found on the front page of the
15   offering circular; the closing date, to be exact, to
16   be more specific.  Those words are used
17   interchangeably.
18       I had to make assumptions as to the
19   price at which -- the prices at which the two IO
20   tranches and the one first loss controlling class
21   tranches were purchased because I do not have that
22   information.  We've asked for it in discovery.
23       Q.    Before you get to your assumptions, can
24   you go back to saying that you identified the
25   settlement date or the closing date, was being used

Page 59

1    interchangeably.  From what data did you identify if
2    closing date?
3        A.    The front page of the offering circular.
4        Q.    What offering circular are you --
5        A.    The Freddie Mac offering circular that I
6    included on the thumb drive.
7        Q.    What's the relevance of that circular to
8    this particular K 1504?
9        A.    It's the -- it's similar to the private
10   placement memorandum, only it probably has some legal
11   differences that describes the deal.  It's a public
12   security, so it wouldn't be a private placement
13   memorandum.
14       Q.    This particular security you're
15   referring to, the K 1504, is a public security?
16       A.    Yes.  The Freddie Mac transaction is a
17   public -- public security.
18       Q.    So then now go back to where you said
19   you had to make certain assumptions in respect of
20   your use of the data and other information.
21       A.    I had to make an assumption as to the
22   purchase price of the two IO tranches and the
23   controlling class first loss tranche.
24       Q.    What assumptions did you make?
25       A.    I made -- I performed present-value

Page 60

1    calculations based on my best assessment of the
2    yields at which they would be offered in the current
3    market environment.
4        Q.    Anything else as it relates to the K
5    1504?
6        A.    No.  Except to note that in both the
7    prior page and on this page, that I did replace the
8    proposed fee structure and the prospectus with the
9    actual fee structure which I think I have stated.
10       Q.    What data did you rely on to replace the
11   proposed structure with the actual structure and for
12   purposes of incorporating fees based on actual
13   investment performance, specifically, what data did
14   you review?
15       A.    For replacing the proposed fee structure
16   with the actual fee structure, that was based on my
17   understanding that Priderock had revised down the
18   promote percentage from 20 percent to 15 percent.
19   And also that, you know, that some of the fees --
20   some of the fixed fees on a client-by-client basis
21   may have been negotiated down some, although that
22   would have been a small amount, and I can't recall if
23   I used one-and-a-half percent or 1.25 percent.  But
24   that's a very small amount.
25       MR. MARIANI:  Okay, thank you, I have no

Page 61

1    further questions.
2    FURTHER EXAMINATION
3    BY MR. MIOSSI:
4        Q.    I have a question.  With respect to page
5    4 of your Exhibit 3, you're talking about KF 46 and
6    K 1509.  And you don't know whether a loan was
7    obtained to close those purchases, correct?
8        A.    I do not.
9        Q.    If there was no loan on either of those
10   two purchases, how would that affect your analysis?
11       A.    If there were no loan on either of those
12   purchases, it would likely increase the fees to
13   Priderock.
14       Q.    Would it have any bearing on the
15   promote?
16       A.    Yes, it would increase the promote.
17       Q.    If there are no loans?
18       A.    If there are no loans.
19       Q.    Okay.  In each of your charts in the
20   report that concern the Webster Hughes compensation
21   agreement, that address that topic, these carry out
22   for a period of up to 17 years, correct?
23       A.    Um-hum.
24       Q.    And that assumes continued employment
25   during that entire period of time?

16 (Pages 58 to 61)

Page 62

```
 1              MR. MARIANI:  Objection, form.
 2       A.    No, it does not.
 3       Q.    Does it assume continued employment for
 4  any period of time?
 5              MR. MARIANI:  Objection, form.
 6       A.    No, it does not.
 7       Q.    Then what is the basis for claiming
 8  $200,000 per year in each year through year 8?
 9       A.    It is a percentage of my share of fees
10  to be earned on the -- for the services that I
11  provided in launching the fund and for continued use
12  of my model.
13       Q.    I thought you said a moment when I asked
14  you earlier that you didn't -- you weren't claiming
15  percentage of the fees.
16       A.    My share of the fees.  Share is
17  different than percentage.
18       Q.    How?
19       A.    Because we approximated ten percent of
20  $200,000.  You'll notice that ten percent, two
21  hundred is close to that.  But I say a share.  A
22  share does not necessarily imply a fixed percentage.
23  A share is, my share can be $200,000 and the amount
24  could be, can fluctuate.  The total amount can
25  fluctuate.  So that's why I call it a share.
```

Page 63

```
 1       Q.    Is that different from wages?
 2       A.    Yes.
 3       Q.    You never intended to be paid any wages?
 4       A.    Never intended to be paid any wages.
 5       Q.    You never intended to continue or to
 6  provide active employment or service as an employee
 7  to Priderock?
 8              MR. MARIANI:  Objection, form.
 9       A.    I did intend to continue services.
10       Q.    As an employee?
11              MR. MARIANI:  Objection.
12       A.    No.
13       Q.    In what capacity?
14       A.    As a contractor.
15       Q.    And for a period of time, would it be a
16  year or two years or four years or 17 years?
17       A.    I envisioned that I would continue
18  working with them as long as we were raising money
19  and, at some time in the future, after we had ceased
20  active raising money, that I may have a -- I may
21  still provide some residual services to do with just
22  maintenance of these investments.  And the payout --
23  a payout could be based on a share of fees for any
24  transactions that we executed.
25       Q.    What was the period of time that the
```

Page 64

```
 1  fund was raising funds?
 2              MR. MARIANI:  I'm sorry, could you read
 3  that question back?  I don't know if I heard it
 4  right.
 5              (Record read.)
 6              MR. MARIANI:  Objection, form.
 7              Go ahead.
 8       A.    The fundraising started in fall 2015.
 9  And it continued through the purchase and --
10       Q.    April of 2017?
11       A.    -- yes, and that was the extent of the
12  fundraising for the first purchase.  My understanding
13  is that there were some commitments at that time for
14  future purposes and that there were many people on
15  the fence, that -- and so that marketing would have
16  continued.
17       Q.    Do you know whether the MDOF continued
18  to raise funds after April 2017?
19       A.    I can only -- I assume they did.
20              (Continued on following page.)
21
22
23
24
25
```

Page 65

```
 1       Q.    And do you know whether they are
 2  currently raising funds in connection with the MDOF?
 3       A.    I do not know.
 4              MR. MIOSSI:  No further questions, thank
 5  you.
 6              MR. MARIANI:  Thank you, we'll read.
 7              (Time noted:  11:54 a.m.)
 8
 9              _____
10              WEBSTER HUGHES
11
12  Subscribed and sworn to before me
13  this ____ day of _____, 20___.
14
15  _____
16
17
18
19
20
21
22
23
24
25
```

17 (Pages 62 to 65)

```
                                            Page 66
  1            C E R T I F I C A T E
  2    STATE OF NEW YORK    )
  3                    : ss.
  4    COUNTY OF KINGS       )
  5
  6        I, DAVID LEVY, CSR, a Shorthand
  7    Reporter and Notary Public within and for
  8    the State of New York, do hereby certify:
  9        That WEBSTER HUGHES, the witness
 10    whose deposition is hereinbefore set forth,
 11    was duly sworn by me and that such
 12    deposition is a true record of the testimony
 13    given by the witness.
 14        I further certify that I am not
 15    related to any of the parties to this action
 16    by blood or marriage, and that I am in no
 17    way interested in the outcome of this
 18    matter.
 19        IN WITNESS WHEREOF, I have hereunto
 20    set my hand this 9th day of November 2018.
 21
 22            _____
 23
 24            DAVID LEVY, CSR, CCR, CLR
 25
```

```
                                            Page 67
  1            *** ERRATA SHEET ***
  2    NAME OF CASE: HUGHES v. PRIDEROCK, etc.
       DATE OF DEPOSITION:  OCTOBER 25, 2018
  3    WITNESS:  WEBSTER HUGHES
       PAGE  LINE     FROM          TO
  4    ____|____|_____|_____
  5    ____|____|_____|_____
  6    ____|____|_____|_____
  7    ____|____|_____|_____
  8    ____|____|_____|_____
  9    ____|____|_____|_____
 10    ____|____|_____|_____
 11    ____|____|_____|_____
 12    ____|____|_____|_____
 13    ____|____|_____|_____
 14    ____|____|_____|_____
 15    ____|____|_____|_____
 16    ____|____|_____|_____
 17    ____|____|_____|_____
 18    ____|____|_____|_____
 19    ____|____|_____|_____
 20    _____
 21              WEBSTER HUGHES
 22    Subscribed and sworn to before me
 23    this ____ day of _____, 20____.
 24    _____
 25    (Notary Public)      My Commission Expires:
```

18  (Pages 66 to 67)

Thompson Court Reporters, Inc
thompsonreporters.com

| A | | | | |
|---|---|---|---|---|

**A**

**A-4** 20:15
**a.m** 1:11 65:7
**able** 10:20,22
**about** 5:11 15:6
  17:16 36:5 43:16
  49:2 50:16 61:5
**accept** 13:8
**accidentally** 19:20
**accompanies** 57:24
**accounts** 51:17
**accumulate** 35:25
**accuracy** 22:22
**accurate** 27:23
  31:16
**acquire** 13:13
**acquisition** 34:9
  55:11
**acronym** 34:22
**action** 66:15
**active** 63:6,20
**actuality** 37:3
**actually** 28:8 53:6
  56:22
**add** 53:23
**added** 40:9,10,12
  40:14,21
**adding** 29:12
**addition** 39:1
**additional** 26:1
  53:23
**Additionally** 56:6
  57:19
**address** 5:17 14:16
  61:21
**adopt** 18:2,3
**adopted** 18:19
**advanced** 15:11
**adviser** 25:10,11
**affect** 28:8,11 29:8
  35:11 38:22 55:3
  61:10
**after** 63:19 64:18
**again** 5:7 31:13
  37:22
**against** 5:8 43:23
**against-** 1:4
**agreed** 29:21 30:4
  30:20 36:22,25
  49:8 50:4 56:9
**agreement** 30:3,9
  30:10 36:21 39:8
  41:3 61:21
**ahead** 29:1 64:7
**al** 4:12 7:15
**all** 6:8 7:8,11 9:2

**10**:1,3 12:2,10,17
  13:3 22:12 30:8
  30:14 34:25 37:16
  40:8,20 41:25
  42:14,16 50:10
  52:20 55:15
**allege** 36:22
**alleged** 41:3 45:24
**allocate** 29:10
**Allocating** 32:6
**allocations** 24:25
**allowance** 48:2
**allowed** 53:8
**also** 6:1 21:3 23:12
  28:11 31:4 34:12
  39:3 43:1 54:1,24
  54:24 55:6 57:22
  60:19
**alter** 28:19
**although** 60:21
**always** 51:10
**am** 5:7 25:13 26:19
  66:14,16
**among** 25:1,6
**amortization** 51:9
**amount** 35:23 36:9
  36:10,25 37:1,4
  39:16 41:1 48:3
  52:22 53:7 56:2,5
  56:6,12,15,18,21
  56:21 60:22,24
  62:23,24
**amounts** 29:22
  55:14
**analyses** 33:2
**analysis** 21:15
  24:24 25:15 26:9
  31:6,8,20,23
  61:10
**analytics** 21:13,17
**analyzing** 28:22
**annual** 52:10,16,17
**another** 37:25 45:21
  45:23,24
**answer** 8:11 10:20
  10:22 11:19
**answering** 6:2
**answers** 6:8
**anticipated** 29:17
**anyone** 23:24 32:20
  32:24
**anything** 18:3 60:4
**apologize** 11:15
**appears** 12:5 19:18
  22:21 23:15
**applicable** 16:3

**application** 16:12
  17:6 38:20
**applied** 40:4
**apply** 33:21,25
**approval** 51:22
**approximate** 52:5,6
  53:13
**approximated**
  62:19
**approximately**
  32:19 55:24
**approximation**
  52:15 53:10
**April** 25:22 26:4
  27:15 34:2 38:9
  49:7,24 51:5,23
  51:24 54:3 64:10
  64:18
**around** 5:13 51:5
**arrange** 56:7
**arrangement** 15:16
**arrangements**
  15:18
**arriving** 33:22
**aside** 7:12
**ask** 5:11 6:5 8:12
  12:2,12 17:16
  24:5,18 29:2,5
  31:1,12 37:21
  48:23 49:2 50:7
**asked** 31:21 58:22
  62:13
**asking** 6:2
**aspect** 51:12
**aspects** 51:11
**asserting** 38:19
**assessment** 60:1
**asset** 4:16 14:4
  17:12 24:9 26:19
  27:13 28:11 29:15
  35:20 38:6 42:17
  42:20 48:12 49:16
**assignment** 13:17
  13:19,21 43:21
**assist** 23:24 32:20
**associated** 14:25
  39:11,24 42:20
**assume** 29:7 30:8
  44:12 47:24 55:18
  55:20,22 62:3
  64:19
**assumed** 55:10
**assumes** 52:21
  61:24
**assuming** 37:1
  38:19 41:10 56:8

**assumption** 15:9
  35:8 53:13 54:2
  55:15 59:21
**assumptions** 25:15
  25:17,22 26:1
  33:18 36:10 38:10
  39:3,12 50:4
  52:10,11 53:2,5
  54:7 58:18,23
  59:19,24
**attached** 4:9,13
  6:17,22 7:15,24
  10:14,17,24 11:22
**attaches** 7:20
**attempting** 26:17
  38:3 39:14,15
**August** 51:24
**authentic** 11:6
**Avenue** 2:4
**avoid** 56:25
**aware** 28:14,16
**awkward** 31:3

| B | | | | |
|---|---|---|---|---|

**B**

**B** 5:1
**back** 5:22 30:24
  35:21 39:5 54:9
  57:2 58:24 59:18
  64:3
**background** 5:22
  41:15,22
**Bank** 16:15,17,19
  34:9 51:13,14,15
  51:21,22 55:12
  56:7,9,11
**base** 27:25 28:2
  34:2
**based** 33:17 34:13
  34:17 35:22 38:10
  39:4 41:2 43:9
  44:13 49:25 54:4
  60:1,12,16 63:23
**basis** 16:11 50:12
  52:10,12,13 54:13
  60:20 62:7
**Bates** 8:6,18
**Beach** 3:6
**bear** 13:16
**bearing** 61:14
**because** 5:22 26:8
  31:3 35:21,24
  36:19 37:4 44:12
  54:21 55:22 56:17
  58:6,21 62:19
**been** 5:1 12:8 19:7
  34:16 36:9 39:18

**50**:4,23,25 56:3
  60:21,22
**before** 2:4 17:16
  24:20 30:24 32:19
  43:14 58:23 65:12
  67:22
**began** 32:17
**begin** 32:14
**behalf** 3:2,9 14:4
  43:22 44:22
**being** 29:17 31:1,2
  34:14 41:6 55:25
  58:25
**believe** 55:17
**bell** 15:1
**benefit** 6:8 8:5
**best** 19:4 34:11 35:6
  60:1
**better** 47:21
**between** 30:10
  51:23 56:2,17,21
**biggest** 29:11
**Bill** 11:11,13
**bit** 9:23
**blank** 19:19
**blood** 66:16
**books** 49:18
**both** 39:2 43:20
  48:15 51:15 58:9
  60:6
**break** 6:10,10
**brevity** 33:19
**briefly** 6:1 7:7
**broker/dealer** 14:1
**brought** 5:8
**bugs** 51:9
**build** 14:17
**bullet** 26:14 34:22
**business** 29:13
  55:23
**but** 8:6 9:6,14,22
  14:13 16:1 26:11
  26:15 28:4,14
  34:18 35:18 36:19
  39:1 42:12 44:12
  44:20 60:23 62:21
**Buying** 20:3

| C | | | | |
|---|---|---|---|---|

**C**

**C** 3:1 4:1 66:1,1
**Cadwalader** 43:23
  43:23 44:4
**calculate** 40:14
**calculated** 27:2 37:1
**calculations** 4:16
  17:12 24:9 26:4

28:20 29:8 30:8
38:1 50:19 53:17
54:10 60:1
**California** 46:14
**call** 62:25
**called** 14:12,25 46:8
56:15 57:11
**calling** 26:8 49:23
**came** 48:9
**can** 7:11 9:11,15,16
9:16,24 10:11
11:5 17:25 19:6
24:5 25:17 26:15
32:8 33:3 37:21
41:13 52:25,25
58:23 62:23,24,24
64:19
**can't** 6:20 8:19
60:22
**cannot** 10:16 11:25
12:9
**capabilities** 42:10
**capability** 15:9,11
**capacity** 63:13
**capital** 1:5 4:18
13:11 14:2 17:13
24:10 41:4 42:23
56:3
**Carolina** 5:20
**carries** 38:11
**carry** 61:21
**cash** 15:8 20:18,25
24:24 39:20,22
40:2 52:21 55:3
58:4,5
**categories** 25:5
**category** 25:7
**cause** 35:16
**CCR** 1:23 2:5 66:23
**ceased** 63:19
**cell** 20:15
**certain** 27:11 33:7
38:20 59:19
**certainly** 15:25
**certify** 66:8,14
**chair** 9:18
**changed** 36:4 54:1
**changes** 33:8 43:5
43:12 51:21
**changing** 15:15
**charge** 45:11
**chart** 30:1,2 36:15
36:20 37:17,25
38:15 41:9
**charts** 61:19
**checked** 22:22

**Chicago** 44:14
**circular** 58:15 59:3
59:4,5,7
**claim** 39:17
**claiming** 62:7,14
**claims** 38:19
**clarification** 8:13
29:3
**class** 13:23 57:8
58:9,20 59:23
**clear** 5:18 6:6 29:22
33:9 34:21 46:24
**click** 19:9 22:5,13
**client** 14:4 49:9
**client-by-client**
60:20
**close** 17:17 56:22,25
61:7 62:21
**closely** 51:1
**closing** 58:15,25
59:2
**CLR** 1:23 2:5 66:23
**CMBS** 43:25 44:2
48:14
**collateral** 51:17
57:24
**column** 27:21 38:23
39:7
**combined** 9:8 22:5
58:8
**come** 9:2,18
**comfortable** 11:5
32:5
**Commercial** 44:3
**commercial-backed**
24:23 46:1
**Commission** 67:25
**commitments** 64:13
**committed** 56:3
**communicate** 26:17
**communicating**
26:19
**company** 13:25
**compensate** 36:21
**compensated** 29:17
31:19 45:7 47:25
**compensating** 31:5
**compensation** 4:19
17:13 24:11 26:25
30:2,5 31:21,24
39:8 40:3,8 42:19
43:2 61:20
**compile** 49:5
**compiled** 49:20
**complex** 24:22
42:11 45:25 48:14

51:11
**complicated** 51:14
57:20
**compound** 20:13
21:22
**comprised** 54:22
**computer** 9:2,15
**concern** 61:20
**conciseness** 33:19
**conclude** 11:25
**conclusions** 33:23
**conditions** 36:4 39:4
54:5
**confirm** 9:24 19:6
22:9
**connection** 16:15
43:2 65:2
**conservative** 28:3
**consultant** 25:10
**consulting** 41:16
**contain** 18:9 42:14
42:16
**contained** 16:13
49:22
**contains** 7:8 24:6
37:25 57:9
**contemplated** 57:13
**contend** 30:20
36:21 41:1
**contention** 30:3
43:1
**context** 16:2
**contingent** 31:9
**continue** 63:5,9,17
**continued** 61:24
62:3,11 64:9,16
64:17,20
**continues** 36:19
**contractor** 63:14
**controlling** 13:23
57:8 58:8,20
59:23
**Conversion** 23:8
**copies** 51:4
**copy** 45:16 49:6
**corner** 8:7
**correction** 27:24
38:25 39:1
**corrections** 43:5
**could** 12:8 19:5
29:11 43:8 46:5
49:3 53:4,20
62:24 63:23 64:2
**counsel** 7:6 44:8
**County** 46:14 66:4
**couple** 5:16 6:12

**coupons** 55:1
**course** 32:11
**court** 1:1 5:9 6:9,19
47:22
**Courtview** 14:2
**covenants** 51:16
55:11
**cover** 5:24
**create** 22:24
**created** 11:1 13:10
18:11,17 19:23
20:12 21:5,14,16
22:25 23:2,18,20
**creation** 23:25
25:24
**CSR** 1:23 2:5 66:6
66:23
**current** 16:24 39:4
54:2,4,5 58:4,5
60:2
**currently** 65:2
**cursor** 8:9
**customized** 21:5

_____

**D**

**D.C** 3:13
**daily** 48:2
**damage** 38:18
**damages** 31:16
**Dan** 18:12 19:7
22:11,15,17,19,21
22:23 23:9,10,11
23:15 49:12
**Dan's** 20:6
**date** 6:18 7:16
17:15 28:15 34:14
34:15 35:8 36:3
37:5 38:10 58:13
58:15,25,25 59:2
67:2
**dated** 4:11,20 7:14
7:19 17:14 24:12
32:16 54:20
**David** 1:23 2:4 7:18
7:18 66:6,23
**day** 32:15 47:20,21
65:13 66:20 67:23
**days** 32:4
**deal** 20:14,25 57:12
58:7 59:11
**deals** 57:12
**Debt** 12:22 28:15
**default** 15:9,11
21:10,15,19,20
52:9,22 53:4,7
56:23,25

**defaults** 35:16
**defendant** 1:6 2:3
3:9 5:8
**deficit** 56:17,20
**defrauded** 45:24
**degree** 6:3
**demonstrate** 37:18
39:15 42:10
**depending** 28:7
29:10
**deposition** 1:8 2:2
4:7,8 5:23 6:3,16
6:21,22 10:14
17:17 44:18 46:24
50:1 66:10,12
67:2
**derivative** 46:1
**derivatives** 48:14
**describe** 49:3 56:16
**describes** 59:11
**describing** 15:17
**designed** 20:16
**designing** 52:24
**desired** 56:8
**detailed** 9:20
**details** 51:8
**determinant** 29:13
56:4
**determine** 54:25
**determined** 52:22
56:1
**detriment** 35:19
**develop** 16:14
**developed** 16:2,16
**developing** 16:19
**devise** 21:19
**devised** 21:23
**devoted** 32:9
**didn't** 42:3 45:18
62:14
**differ** 41:13
**difference** 16:7 56:2
**differences** 59:11
**different** 12:2,12
15:18 16:6,11,25
27:4 29:5 34:14
38:18 39:11 48:11
55:2 62:17 63:1
**differently** 24:18
**differing** 33:18
**difficult** 8:6
**diligence** 43:24
**discount** 58:3
**discounting** 41:11
41:13
**discovery** 43:9

55:16 58:22
**discussed** 54:17
**discussing** 34:16
**discussion** 11:17
  31:23
**display** 18:12
**displayed** 10:9,13
  11:22 17:18
**displaying** 11:2
**dispute** 46:6
**DISTRICT** 1:1,1
**divide** 40:16
**document** 4:15 8:23
  9:25 11:6 17:11
  24:9 26:10
**documents** 6:23 7:8
  8:14,16 12:15,18
  17:19 43:25 54:25
**does** 11:21 15:1
  23:20 28:13 32:17
  34:22 35:1 36:17
  38:13,18 41:18,19
  42:14 62:2,3,6,22
**doesn't** 11:16 17:5
  30:17 41:19
**doing** 52:13
**don't** 5:23 11:7,15
  14:13,15 15:3
  26:2 29:24,25
  31:18,18 44:11,14
  44:14 55:14 56:20
  61:6 64:3
**Donlon** 14:7,8,10,14
  14:17 16:3,5,9
**dots** 20:9
**down** 9:11 23:13
  60:17,21
**downloaded** 20:15
  20:17 21:3,4,23
  36:7 54:25
**downside** 33:17
**Dr** 5:6 7:1 9:3,16
  10:4,5,6,8 17:21
  24:12
**drafts** 32:22
**drawn** 27:14 49:12
  51:3
**drive** 5:20 7:7,7
  12:19,24 13:5
  36:8 49:23 59:6
**due** 43:24
**duly** 5:1 66:11
**during** 61:25

_____
E
**E** 3:1,1 4:1 5:1,1,1

66:1,1
**e-mail** 4:11 7:14,17
  8:1,2 10:1,18,24
  11:23 12:11 14:16
**each** 15:17 19:10
  25:19 27:3 36:19
  40:3,13,19 43:16
  52:23 61:19 62:8
**earlier** 5:23 13:18
  50:1 62:14
**early** 13:15
**earn** 35:17 42:23
**earned** 27:22 29:16
  42:18 62:10
**economic** 15:15
  33:18
**economically** 41:5
**economics** 18:13
**economics-sharing**
  16:11
**effect** 29:11
**effects** 24:24
**eight** 27:1 57:17
**eight-year** 40:11
**either** 45:3 47:7
  61:9,11
**elaborate** 17:25
**eliminate** 33:20
**elimination** 33:7
**Elizabeth** 46:8,18
  48:14,15
**else** 23:24 60:4
**employed** 14:9,25
**employee** 63:6,10
**employment** 13:14
  41:16 61:24 62:3
  63:6
**enable** 15:15
**end** 16:19 22:1,3
**enforceable** 30:10
**English** 21:13
**enhance** 15:5
**enhanced** 14:19
**enough** 9:12,22
**ensure** 9:3
**enter** 21:18
**entered** 19:20,24
  47:15
**entire** 58:7 61:25
**entirely** 17:23
**entirety** 8:23
**entitled** 4:15 17:11
  13:25 14:15
  14:25 24:3 29:22
**entity** 13:25 14:15
**environment** 60:3
**envisioned** 63:17

**equal** 34:8
**equals** 40:4
**equivalent** 41:5,10
**ERRATA** 67:1
**ESQ** 3:3,10
**establish** 10:3
**estate** 14:11
**et** 4:12 7:15
**etc** 67:2
**evaluation** 46:4
**everything** 18:15
  19:5 41:19
**exact** 32:15 49:17
  51:1,8 55:13,14
  55:25 58:15
**EXAMINATION**
  4:2 5:4 48:21 61:2
**examined** 5:2
**example** 34:3,5,6
  38:8 40:15 49:25
  54:14
**examples** 34:18
**except** 54:19 60:6
**excerpt** 20:24
**excuse** 18:23 19:2
  21:12 29:2
**executed** 43:11
  63:24
**execution** 56:2
**EXH** 6:16 7:14
  17:11
**exhibited** 6:3
**exhibits** 4:7 6:13
**expanded** 15:10,12
**expected** 28:3
**expenses** 29:10,12
**experience** 16:1
  41:15,22
**expert** 5:11 24:14
  24:20 25:10,14
  30:25 31:4,6,23
  32:1 43:13,17,19
  43:21 44:16,20
  46:2 47:23 48:17
**expertise** 24:21
**Expires** 67:25
**explain** 26:3 35:2
  37:17 50:11 51:7
  52:6,19 57:5
**explained** 50:2
**explains** 20:25 35:3
**explanations** 33:9
**express** 42:15,17
**extended** 55:8
**extent** 64:11
**extra** 57:17

_____
F
**F** 3:3 66:1
**fact** 13:16
**factor** 40:4,24
**factors** 38:20
**Fair** 9:12,22
**fall** 64:8
**false** 44:5
**familiarity** 6:4
**Family** 46:10
**favor** 47:16
**Federal** 5:9
**fee** 26:20 27:13
  28:12 34:4,9,11
  60:8,9,15,16
**fees** 4:17 17:12
  24:10 27:6 29:16
  30:18,21 34:13
  35:20,22 38:6
  42:18,20 49:16
  60:12,19,20 61:12
  62:9,15,16 63:23
**fence** 64:15
**few** 48:23
**Field** 5:19
**Fifteen** 32:10
**fifth** 41:14
**figures** 38:16 39:10
**filed** 45:19 46:13
**final** 41:21 51:4
  56:4
**financial** 42:11
**fine** 8:4 9:19 10:2
  28:14
**finish** 18:24
**firm** 8:13 14:11
  43:23 44:15
**first-loss** 58:1
**fix-rate** 57:21
**fixed** 60:20 62:22
**fixed-rate** 13:23
  16:10,12 57:9,11
  57:12,12,19
**flip** 9:2,15
**floating** 50:15 54:16
  54:18 55:24
**floating-rate** 16:12
  57:21
**Florida** 1:1 3:6 5:9
**flow** 20:18 21:1 40:2
  52:21 55:3 58:4,5
**flows** 15:8 24:24
  39:20,22
**FLTR-CF** 19:25
**FLTR-Deal** 21:6
**FLTR-Loan** 21:2

**FLTR-Tax** 19:22
**fluctuate** 62:24,25
**focusing** 38:23
**following** 37:23
  64:20
**follows** 5:3
**foresee** 43:8
**form** 21:21 29:20
  31:11 62:1,5 63:8
  64:6
**forma** 27:14
**formalities** 5:16
**formats** 18:14
**formed** 50:12
**formulas** 21:19,24
**forth** 37:17 66:10
**Forum** 3:5
**forward** 28:3 54:4
**found** 16:24 58:14
**four** 26:13 63:16
**fourth** 37:24 40:17
**frame** 43:21 45:1
**Freddie** 20:16,20,24
  21:3,4,8,11,14,15
  21:17 34:24 35:9
  36:7 50:25 54:25
  56:23 59:5,16
**free** 9:4
**FREMF** 34:22
  49:25
**front** 58:14 59:3
**fund** 12:22 16:13
  18:12 26:21 28:15
  30:6 62:11 64:1
**fundraising** 64:8,12
**funds** 64:1,18 65:2
**further** 5:25 45:14
  48:19 51:1 61:1,2
  65:4 66:14
**future** 63:19 64:14
**FXD-CF** 19:15
**FXD-Deal** 20:23
**FXD-Loan** 20:12
**FXD-Tax** 19:12

_____
G
**G** 3:10 5:1
**gained** 15:25
**gave** 15:8 36:8 47:9
**general** 5:12 29:4,7
  29:18 42:9
**generated** 28:9
**generating** 20:18
**generic** 15:23
**get** 12:13 40:9,21
  58:23

give 8:2 44:18 46:22
46:24
given 19:1 66:13
go 5:21 9:9,20 12:15
28:25 30:12,18,24
58:24 59:18 64:7
goes 7:25 40:1
going 5:21 9:20,23
48:23 49:2 54:4
good 5:6 6:3
got 53:11
granular 53:1
Gregory 46:8
guaranteed 27:20
guess 27:18

_____ H _____

H 5:1,1
had 15:9 16:5 30:4
36:9 41:3 45:24
49:12 50:16,23,25
51:19 52:8,8 53:3
54:19 55:15 56:18
57:12 58:18 59:19
59:21 60:17 63:19
half 27:5 28:25 30:2
36:20 38:14 39:8
hand 66:20
handed 6:19 7:6
happened 47:11
has 7:6 14:11 18:5
35:24 37:5 40:19
59:10
having 5:1 11:20
12:4,5 16:12
he 9:24 14:9,14,19
14:24 22:23,25
23:2 48:15,17
headed 53:17 54:10
heading 41:23
headings 33:8
heard 64:3
help 8:10
Hence 53:11
here 6:20 17:22
22:1 28:19 30:8
30:14 34:17 37:1
37:18 38:4 42:3
hereby 66:8
hereinbefore 66:10
hereunto 66:19
higher 37:4
him 9:17,23 18:24
his 11:18 14:11 15:7
18:24 21:16
historical 52:4

history 21:16
Hold 37:19
hope 6:7
hoped 27:22
hospital 44:13
hour 45:12 47:20
hourly 45:8,9 48:2,4
hours 32:4,9
how 19:24 28:7
29:10 31:2,25
32:2 35:14 45:7
47:19,25 48:8,9
49:20 53:1 61:10
62:18
however 12:8 27:21
32:4 35:20 52:20
52:24
huge 56:6
Hughes 1:3,8 2:2
4:3,11,20 5:6,19
7:1,14,18 10:5,8
17:14,21 24:11,12
61:20 65:10 66:9
67:2,3,21
hundred 62:21
hypothetical 36:24
37:1

_____ I _____

I'll 6:6 9:17 10:9
12:14
I'm 5:21 8:9 9:19
11:1 13:3 26:16
28:1 38:5,23 39:6
39:7 46:24 48:23
49:2 56:8 64:2
I've 7:6 10:8,13
12:17 13:4 19:1
42:2 50:1
IDENT 4:7
identification 6:17
7:16 17:15
identified 6:24
51:10 58:24
identify 25:17 33:3
59:1
illustrate 38:3
illustrating 38:5
imply 62:22
important 51:12
57:1
In-depth 24:22
include 15:10,12
25:6,8,9,9 34:6
41:19 42:3 57:22
included 13:23

15:14 19:8 25:18
34:3 36:8 45:25
49:13,18 52:8
53:8 58:4 59:6
including 21:13
inclusion 33:7
incorporate 34:13
35:10 36:3 51:25
52:4
incorporated 39:3
51:16 54:20
incorporates 35:7
36:1,2
incorporating 60:12
increase 61:12,16
increased 35:8
indicate 53:20
54:12
indicated 33:12
individual 22:16
40:20
industry-accepted
39:19
information 26:16
49:4 50:10 53:21
53:24 54:12 57:6
58:11,22 59:20
initially 33:16
input 50:4 53:2,4,9
inputs 53:12
insert 26:6 57:17
inserted 12:19
inspection 12:9
instances 43:17
instructed 31:22
intend 5:23 31:19
42:15,17 63:9
intended 63:3,4,5
interchangeably
10:10,12 58:17
59:1
interest 27:4 38:20
38:21 39:4,11,25
54:1,3,7 58:7,9
interest-only 57:23
interested 66:17
intermittent 32:6
into 12:20 21:4
23:17 40:1 51:18
56:13 57:18
invest 56:13
invested 48:13
investment 9:9
13:22 14:11 20:3
22:5,20 23:4 28:7
30:6 35:12,15,17

35:22,23 60:13
investments 24:25
63:22
investor 25:4
investors 15:13 29:4
35:17,19 49:19
52:25 56:19 58:6
IO 57:22 58:3,19
59:22
IR 23:8
isn't 6:5
isolates 35:3
issued 6:21 55:5
it's 5:6 7:19 8:8 9:8
9:23 16:25 26:3,8
27:24 28:14 29:7
31:2 34:21 59:9,9
59:11
item 57:6

_____ J _____

January 7:19 8:1
JOHN 3:3
judgement 31:9
47:16
jurisdiction 44:11
44:14
jury 24:18,20 31:15
47:15
just 6:10 8:4,9 9:6
9:10,12,17 15:6
17:17 20:8 23:17
26:6,15 30:10
34:21 36:5,16
38:23 39:23 40:23
48:23 49:2 63:21

_____ K _____

K 3:12 43:10 57:3,7
59:8,15 60:4 61:6
KAMMERER 3:4
keep 6:7 48:24
Kevin 14:7,8,10,14
14:17 16:2,5,9
Key 3:10 51:13,14
51:15,21,22 55:12
56:7,9,11
KF 36:16 37:6
43:10 50:25 54:16
54:21,22 55:2,3,6
55:7,12,21 56:20
56:24 61:5
Khoury 4:12 7:15
7:18 11:23
KINGS 66:4
knew 48:14,15,15

48:15
know 5:7 9:1 10:6
14:7,8,9,15 27:9
29:24,25 36:18
44:11,12,14 48:8
55:13,13,14 56:20
60:19 61:6 64:3
64:17 65:1,3
knowing 28:21,23
knowledge 14:11,13
15:24 19:4 24:22
34:12 35:6

_____ L _____

labeled 18:6
laptop 11:5 12:20
last 36:12
later 27:23
launching 62:11
law 8:13 43:23
44:15
lawsuit 31:1 43:22
48:16
lawyers 31:22 32:22
least 9:23
left 9:10 18:11 22:8
22:9,10 23:1
38:15
legal 59:10
lender 25:4
less 35:24
let 8:12 12:2,12
18:23 24:18 26:6
29:2,5 30:9 39:5
50:7 55:18
let's 22:13 39:23
48:24 49:1 54:9
leverage 24:25
55:25
Levy 1:23 2:5 66:6
66:23
lieu 39:21
life 53:9
like 21:12 22:9
26:13 32:2,4
likely 61:12
limited 15:12 29:3
limits 53:1
LINE 67:3
listing 33:6
little 8:5 9:23 20:9
31:2
LLC 1:5 4:19 17:13
24:11
LLP 2:4 3:11
loans 43:10 54:21

54:21,23 55:6,7
56:7 57:9,11,15
57:17,17 61:17,18
**long** 47:19 63:18
**longer** 37:5,13,15
39:22 54:20,20
**look** 8:3 11:4,8 13:6
18:16 19:6 24:5
25:19 38:14 49:1
**looked** 7:7 12:4,5
36:9
**looking** 10:16 11:25
17:22 39:7
**loss** 28:16,22,24
29:3,4,7 53:7 57:7
57:8,25 58:20
59:23
**lot** 51:15
**lower** 8:6 9:10 28:25
30:2 36:20 38:14
39:8
**LTV** 34:5

**M**
**Mac** 20:16,20 21:3
21:4,8,11,14,15
21:17 34:24 35:9
36:7 50:25 54:25
56:23 59:5,16
**Mac's** 20:24
**made** 26:1 39:2
42:1,2 44:5 53:3
54:23 55:12,15,17
55:19,22 59:25
**maintenance** 63:22
**make** 25:15 27:24
38:25 43:6 52:15
54:4 58:18 59:19
59:21,24
**making** 36:6 43:8
52:9
**malpractice** 43:24
**management** 4:17
14:4 17:12 24:10
26:19 27:13 28:12
29:16 30:18,21
35:20,22 38:6
42:18,20 49:16
**manager** 25:4,6,9
25:11,12 48:12
**manner** 52:5,7
**many** 16:16 29:12
42:2 64:14
**Marin** 46:14
**mark** 6:14 17:10
**marked** 6:17 7:16

17:14
**market** 39:4 54:2,5
60:3
**marketing** 13:2
18:13 25:25 26:22
27:17 49:9,14,14
49:18 50:5 57:13
64:15
**Markowitz** 48:13
**marriage** 66:16
**material** 21:7 23:17
**materially** 55:3
**materials** 13:2
18:13 25:25 26:23
27:17 49:15 50:5
57:14
**matter** 16:25 24:21
66:18
**maturity** 54:20,21
54:22 57:10
**may** 48:24 60:21
63:20,20
**maybe** 8:10
**MDOF** 29:18 30:22
34:18 42:23 43:3
49:14 64:17 65:2
**mean** 23:20 26:15
51:7 52:6
**means** 31:20 35:17
57:5,23
**meant** 9:25 28:22
**members** 52:25
**memorandum** 13:1
25:24 26:5,23
27:7,9,12 34:5,10
49:8 50:6 59:10
59:13
**memory** 11:21
32:17
**mentioned** 27:6
45:21
**methodology** 33:22
33:25 34:1
**meticulously** 51:16
**million** 56:24
**mine** 12:6
**minus** 40:5
**minute** 37:19
**MIOSSI** 3:10 4:3,5
5:5 6:14 7:13 8:15
8:18,24 9:1,8,14
9:19 10:2 11:9,15
17:10 24:8 26:10
48:18 61:3 65:4
**modeled** 51:20
**modeling** 17:1

**models** 7:20 16:16
16:19 49:13 50:2
51:11
**modification** 54:23
**modifications** 32:23
33:1,3,5 39:2 43:7
**modified** 12:8,9
20:17 22:22
**modify** 34:6,8 36:10
**moment** 12:13
62:13
**money** 31:15 39:16
56:12,18 63:18,20
**month** 52:23 53:6
**monthly** 52:12,13
**months** 18:18
53:9 57:18
**more** 15:10 21:25
33:9 57:20 58:16
**morning** 5:6,10
**mortgage-backed**
17:3,4
**mortgaged-backed**
44:3
**mortgages** 52:1
**most** 35:9
**mouse** 11:13
**much** 13:6,15 31:25
**Multifamily** 12:22
28:15 34:24
**multiple** 15:12
**multiplied** 40:7
**must** 40:16
**myself** 25:8,9,9

**N**
**N** 3:1 4:1,1
**name** 5:17 44:15
67:2
**named** 14:1
**natively** 7:21 8:8
**nature** 27:18
**necessarily** 62:22
**need** 5:24 6:9 11:10
11:16 25:19 36:18
38:25 53:23
**needed** 32:25 48:16
52:11
**needs** 56:1
**negligent** 44:5
**negotiated** 60:21
**negotiation** 51:22
**never** 63:3,4,5
**new** 1:9,9 2:6 14:15
44:12 66:2,8
**newly** 14:2

**next** 8:8 20:23 21:2
21:6 30:25 34:25
37:16 53:16
**Ng** 18:12 19:7 49:12
**Ng's** 22:11,15,17,19
22:21,23 23:9,10
23:11,15
**nice** 5:6
**Nomura** 43:22 44:1
44:22 45:14
**Nomura's** 44:8
**none** 16:22
**nonetheless** 28:4
**normal** 54:6
**North** 5:20
**Notary** 2:5 5:2 66:7
67:25
**note** 60:6
**noted** 65:7
**nothing** 42:12,13
**notice** 2:3 4:8 6:16
6:21 62:20
**November** 66:20
**now** 10:3 12:17 19:1
23:16 24:5 27:5
57:2 59:18
**number** 6:20,25
7:17,23,25 8:6,7
10:15 11:24 17:17
24:6,8 32:9 39:24
40:1,2,5,7,8,9
42:4 53:14 55:25
**numbers** 8:13,19
27:10,12,13 40:14
49:11,16,17 52:14
**numerous** 15:14
18:5,9 50:24 51:6
**NW** 3:12

**O**
**O** 4:1
**Objection** 20:13
21:21 29:20 31:11
62:1,5 63:8,11
64:6
**objective** 16:6
**obtained** 61:7
**obviously** 8:20 9:11
**occur** 37:11
**occurs** 51:10
**October** 1:10 67:2
**off** 11:17 57:24 58:7
**offered** 60:2
**offering** 27:7,9
58:15 59:3,4,5
**offices** 2:3

**oh** 22:7 51:12 53:23
**omit** 33:14
**omitted** 33:13,13
**one** 9:6 10:14 11:1
11:22 12:18 16:10
21:6,10 27:1 32:6
37:2 40:15,16
43:8,16,20,21
45:23 51:12 53:1
53:3,4,17 56:16
58:20
**one-and-a-half**
60:23
**only** 6:1 15:8 37:2
42:3,9 43:7,12
45:1 59:10 64:19
**opened** 9:10 12:17
13:4
**operating** 28:16
**opinion** 42:7,22
44:4,16
**opinions** 33:23
42:15,16
**Opportunity** 28:15
**opposed** 38:8
**order** 20:18
**original** 55:23
**other** 13:14 14:15
18:2,4,19,20 24:3
29:12 31:20 36:4
42:2 45:13 46:11
50:3 53:20 54:12
58:11 59:20
**others** 7:19 33:8
**our** 5:10 6:8 50:24
**out** 8:10,19 17:18
38:11 48:24 61:21
**outcome** 31:8 47:11
66:17
**outstanding** 35:23
**over** 9:15 19:6,21
32:6,11 35:18
41:6 50:23 51:9
53:9
**own** 14:11

**P**
**P** 3:1,1
**pages** 9:3 24:7 49:2
**paginated** 26:11
**paid** 31:2,2 35:21
39:17,18 41:2,2
43:2 45:5 63:3,4
**Palm** 3:6
**parameters** 15:14
**Park** 2:4

**part** 9:13 15:22 17:25 18:1 20:11 21:19 30:1 43:11 47:21 48:12 50:1 54:6
**partially** 23:2
**participating** 15:13
**particular** 5:24 9:25 23:21 26:18 33:22 36:15 52:1 55:1 59:8,14
**particularly** 27:20
**parties** 25:1,2 30:4 48:15 66:15
**partner** 16:9 29:3,4 29:8,18
**partners** 1:5 4:18 14:12 15:1 17:13 24:11 42:23 46:11 56:13
**partnership** 13:22 15:13,16,18 45:25
**parts** 29:12
**party** 15:17 18:20 45:24,24 46:16
**patents** 41:24 42:1 42:4,7
**pause** 12:16 37:20
**pay** 30:11,21 36:22 36:25
**paying** 29:22
**payments** 40:19,21 41:6,8
**payout** 63:22,23
**pending** 55:16
**people** 39:20 41:13 64:14
**per** 26:25 30:11 40:11 62:8
**percent** 27:1 30:12 34:5 40:5 41:11 55:25 60:18,18,23 60:23 62:19,20
**percentage** 30:17 30:21 60:18 62:9 62:15,17,22
**perform** 31:22
**performance** 29:15 34:14,15 35:11 38:10 52:1,4,14 53:14 54:8 60:13
**performed** 28:8 46:3 56:7 59:25
**performing** 43:24
**perhaps** 18:2
**period** 35:18 38:11

40:12 51:23 61:22 61:25 62:4 63:15 63:25
**person** 13:24 24:3
**persuade** 31:15
**pertain** 38:21 42:7
**pertaining** 20:14
**pertains** 36:16
**Pincus** 14:3
**Pineville** 5:20
**place** 3:5 44:10
**placement** 13:1 25:24 26:5,23 27:12 34:4,10 49:8 50:5 59:10 59:12
**plaintiff** 1:3 3:2 31:3 46:17 47:13 47:16
**plan** 55:23
**please** 5:16 6:6,15 17:10 22:5 23:13 25:20 31:12 37:19 37:21 50:11 53:17 53:25 54:11
**PLLC** 3:4
**plus** 27:1 40:5,16 48:2
**pointer** 20:6
**pointing** 8:10 18:7
**points** 26:14
**pool** 57:24
**portfolio** 22:14 46:4
**portions** 18:8
**possible** 19:22 51:1
**potential** 51:9
**power** 40:5,17
**PRCP** 8:7,9
**precise** 52:11 54:17
**prepaid** 36:9
**preparation** 31:6 53:21
**prepare** 44:20 46:20
**prepared** 11:6 12:25 17:6 18:20 24:12 32:22 33:16
**preparing** 25:14,15 31:19,25 32:20 33:21 45:13 52:3
**prepayment** 35:8 36:4 38:9 52:9,16 52:22 53:4,6,7,15
**prepayments** 35:7 35:11,15
**present** 14:10 33:6

39:23,24 40:13,14 40:19,20,21,24 41:7
**present-value** 38:16 39:11 40:4 59:25
**present-valued** 27:4
**present-valuing** 39:20
**presentation** 18:14 49:12
**presentations** 41:24 42:1,2,5,7 49:9,10
**previously** 6:4
**price** 56:4 58:19 59:22
**prices** 58:19
**Priderock's** 18:14
**principal** 58:10
**principal-only** 58:2 58:8
**print** 8:19
**prior** 13:14 24:3 28:8 39:1 41:16 50:23 51:20 53:24 54:17 60:7
**private** 13:1 25:23 26:5,23 27:12 34:4,10 49:8 50:5 59:9,12
**pro** 27:14
**probably** 9:5 59:10
**problem** 10:7
**proceeding** 46:6
**proceedings** 12:16 37:20
**proceeds** 56:1
**produce** 6:23 8:15 27:11
**produced** 7:21 8:8 12:15,19,23 13:5 15:16 17:20 49:7
**producing** 8:5
**product** 15:25
**products** 42:11 46:1
**profit** 35:24
**profitability** 29:14
**profits** 25:1
**project** 16:2
**projected** 26:20 27:7,10 34:15 38:6,6 42:17 57:14
**projection** 27:25 28:2,4 54:4
**projections** 22:20 23:4 26:22 27:14

27:19 28:19 29:9 49:9
**promote** 23:11 26:20 27:2,2,6,14 27:22 28:9 30:12 35:23 38:7,22 60:18 61:15,16
**promotes** 4:17 17:12 24:10 42:18 42:21 49:17
**property** 44:13
**propose** 24:17,19 31:4
**proposed** 60:8,11 60:15
**prospectus** 20:25 57:13 60:8
**provide** 56:9 58:4 63:6,21
**provided** 14:16,20 27:25 43:13,17,19 49:19,23 51:4 56:11 62:11
**provides** 58:9
**providing** 37:13,15
**public** 2:5 5:2 59:11 59:15,17,17 66:7 67:25
**publications** 41:23 41:25 42:4,6
**pulled** 21:17 55:5 57:23
**purchase** 16:10 35:7 50:15,19,20 50:25 51:2,19,20 55:23 56:3,10,14 56:16,19,22 57:22 59:22 64:9,12
**purchased** 34:8,19 37:2,4,7 52:2 57:8 58:3,21
**purchases** 34:3 35:5 37:10 38:2,8,8 43:10 53:18 54:11 61:7,10,12
**purport** 35:1
**purporting** 26:3 37:18
**purpose** 5:10 31:14 31:17
**purposes** 14:20 19:13,15,23,25 60:12 64:14
**pursuant** 2:3
**put** 8:14,22 19:7 28:3 32:25 52:10

### Q
**qualifications** 5:13
**qualified** 47:22
**quantify** 32:2,8
**quantitative** 24:23 25:10 42:10
**question** 6:5 10:21 10:23 11:11 12:3 12:12 13:9 17:16 17:18 18:24 20:10 29:6 31:12 37:21 39:6 48:11 61:4 64:3
**questions** 5:11 6:2,2 8:11 9:20 48:19 48:24 61:1 65:4
**quickly** 26:7

### R
**R** 3:1 5:1 66:1
**raise** 64:18
**raised** 40:5,16 56:18,21
**raising** 63:18,20 64:1 65:2
**rate** 38:20,21 39:11 39:25 41:11 45:9 45:12 48:4 50:15 54:1,7,16,18 55:24
**rates** 27:4 39:4 41:13 54:3
**Rather** 52:13
**reach** 6:20
**read** 8:2 26:13 27:21 64:2,5 65:6
**reading** 8:22
**real** 14:11 26:6
**really** 9:19 31:8
**reason** 7:21 58:1
**reasons** 50:24 51:7
**recall** 14:24 44:15 44:15,25 45:19 47:15,18,20 60:22
**receive** 26:21 31:15
**received** 47:14 53:12
**receives** 27:3
**receiving** 12:11 39:21 41:6 43:9
**recent** 35:9
**recognize** 6:25 7:23 10:25 12:21,25
**recommended** 48:17
**record** 5:17 11:16

11:17 26:7 64:5
66:12
**records** 43:21 47:7
66:3
**red** 18:6 22:8,9,10
**reduced** 34:13
35:21
**refer** 50:22
**reference** 8:10 57:3
**referring** 13:20 16:8
25:3 59:15
**reflect** 28:13 30:17
36:4 51:1 54:2,2
**reflected** 28:19
30:14 41:8
**reflects** 36:15 42:22
43:1
**refresh** 11:21 32:17
**regarding** 9:21
17:18
**related** 66:15
**relates** 49:3 56:12
60:4
**relevance** 59:7
**relied** 35:9 49:4,6
53:21
**rely** 60:10
**remember** 15:3
32:15 46:7
**remind** 6:1
**repeat** 11:11 36:18
**rephrase** 6:6
**replace** 34:9 57:16
60:7,10
**replaced** 54:14 55:7
**replacing** 60:15
**report's** 32:16
**Reported** 1:23
**reporter** 6:9 66:7
**reporter's** 6:19
**reports** 33:16 36:7
52:15 53:12
**represent** 5:7 38:18
**representation** 13:8
44:5,6
**representing** 13:4
**represents** 30:3
36:20
**request** 6:24
**requested** 6:23
32:23 33:1,2,4,5,6
33:8,13
**requesting** 33:18
**required** 56:22,25
**resemblance** 13:17
**Residential** 17:3
**residual** 63:21

**respect** 16:4,5 50:10
57:6 58:12 59:19
61:4
**responsive** 7:8
**results** 18:12
**retained** 44:7 46:16
48:8,9
**return** 27:11 28:3
35:18
**returns** 11:18 15:17
18:13 33:17,17
38:6
**returns'** 24:24
**review** 60:14
**reviewed** 10:19
11:20 49:21 50:11
57:6 58:12
**revised** 34:11 38:9
60:17
**revision** 55:16
**rider** 6:22 7:4
**right-hand** 8:7
**ring** 15:1
**risk** 27:11 56:23
**River** 14:12 15:1
**Riverbank** 14:4
**Ross** 46:8,18 47:9
48:14,16
**row** 40:3
**rules** 6:2 21:1

_____
**S**
**S** 3:1 4:1 5:1,1
**said** 9:14 11:4 59:18
62:13
**sake** 33:19
**same** 35:18 54:19
55:11
**satisfy** 13:6
**say** 6:10 10:9 12:24
21:15 22:23 25:2
29:9 31:12 40:10
51:6,24 52:17
55:18 62:21
**saying** 58:24
**schedule** 4:9 6:17
6:23 7:4,9 15:8
51:9
**schedules** 20:19
**screen** 7:22 8:23
9:25 10:9,14 11:2
11:22 12:18 17:19
17:22 27:15 50:2
**scroll** 9:11
**scrolling** 19:21
**seat** 11:18

**second** 18:23 22:9
26:11,18,24 30:1
34:17,22 54:18
56:10
**section** 26:24,25
**securities** 16:13
17:3,4 24:23
29:15 34:6,7,18
37:3,6 43:22 44:3
44:22 46:4 49:25
50:15 54:15,15,16
55:5,24
**securitization** 57:9
**security** 16:10 34:3
35:4,21 36:16
37:2 38:2 46:1
50:19,20 51:2
52:21 53:9,18
54:11,18 55:2,6,8
56:19,22 59:12,14
59:15,17
**see** 5:7,24 7:3 18:6
19:24,25 39:12
**seeing** 14:16
**seeking** 16:9
**selected** 42:4
**sense** 42:9
**separate** 29:14 53:8
**September** 24:12
32:16 36:13
**served** 43:17
**service** 37:14,15
63:6
**services** 62:10 63:9
63:21
**servicing** 35:9 36:7
52:15 53:12
**set** 7:11 16:1 52:8
53:12 66:10,20
**settled** 44:16 47:17
**settlement** 39:21
47:14 58:13,25
**seven** 55:9
**seven-year** 54:22
57:15,16
**several** 13:18
**share** 62:9,16,16,21
62:22,23,23,25
63:23
**she** 48:16
**Sheet** 19:18 67:1
**sheets** 33:7,13
**shorten** 35:15,16
**shorter** 35:18
**Shorthand** 66:6
**should** 21:15 29:9

31:15 39:17,17
41:2 43:2
**showed** 26:22 33:16
57:14
**shown** 25:22 26:4
34:4,10 50:2
**shows** 26:25
**side** 38:15
**similar** 59:9
**simple** 15:7,9
**simpler** 13:15
**simply** 10:16 39:19
**since** 6:3 8:19 14:14
**sit** 9:18
**site** 20:16 21:17
**six** 24:7 53:8
**six-page** 4:15 17:11
24:9
**slide** 19:5 23:13
**small** 60:22,24
**smaller** 35:24 53:14
**some** 8:2 32:23
41:15 45:25 51:11
59:10 60:19,20,21
63:19,21 64:13
**something** 11:1
20:12 27:7
**sometimes** 39:21
**son** 21:14,16
**sooner** 35:21
**sorry** 10:6 22:7 28:1
28:25 64:2
**sour** 43:25
**source** 18:6,16
23:16,22
**sources** 18:2,4
**Specialized** 12:22
**specific** 10:23,24
14:20 33:2 42:12
42:13 44:11 51:11
58:16
**specifically** 13:10
25:3 27:10 49:13
51:20 60:13
**specification** 15:11
**specifics** 56:20
**specified** 20:15
**specifying** 53:5
**spend** 31:25
**spoken** 14:14
**spreadsheet** 4:13
7:15,20,22,24,25
8:3,19 10:8,9,12
10:13,17,17,20,23
11:20 14:19 18:8
25:23

**spreadsheets** 8:5
22:24 23:1,1,21
**ss** 66:3
**stage** 9:24
**stamp** 8:6,18
**stand** 34:23
**start** 15:8 34:2
**started** 14:2,15 64:8
**state** 2:5 5:17 30:10
66:2,8
**stated** 38:16 60:9
**statement** 28:18,23
39:1
**statements** 50:12
**STATES** 1:1
**stating** 42:8
**stay** 40:23
**step** 30:24 57:15
**Sterling** 5:19
**still** 37:7 45:16
63:21
**Stone** 14:12,25
**stop** 23:14
**Stranger** 46:8,10
47:9
**Strawn** 2:4 3:11
**stream** 39:20,22
41:8
**Street** 3:12
**strip** 58:6
**strips** 57:22,23
**structure** 13:22
34:4,10,11 60:8,9
60:11,11,15,16
**structured** 58:2
**studied** 54:24
**study** 21:10,19,20
**subject** 5:24 7:19
16:25 17:1 24:20
55:16
**submitted** 5:12
33:15
**subprime** 17:4
**Subscribed** 65:12
67:22
**subsequent** 12:11
37:10 50:14,24
**subsidiary** 14:3
**successful** 47:13
**such** 51:8 66:11
**sued** 44:1
**Suite** 3:5
**sum** 40:2 41:6
**summarizes** 41:15
**summary** 15:16
20:23 21:7 22:14

22:16,18 27:11
**summed** 27:3
**sums** 27:20
**supporting** 25:12
**sure** 11:9 14:15
   18:25 37:23
**sworn** 5:2 65:12
   66:11 67:22

_____
**T**

**T** 4:1,1 5:1 66:1,1
**tab** 9:10 18:6,6,16
   19:10,12,15,18,22
   20:8,23 21:2 22:8
   22:9,10 23:8,22
**tables** 15:16 49:14
   49:18
**tabs** 18:5,7,9,11,11
   19:6 22:1,10
**take** 6:10 9:23 13:6
   27:5 39:5 44:10
   47:22
**taken** 2:2 21:7
**talking** 50:16 61:5
**Tape** 20:12 21:2
**team** 21:13,17 51:4
   52:25
**tell** 6:6 10:16 12:9
   12:14 23:14 32:24
   43:16
**template** 15:24
   20:17 21:5 22:24
   22:25 23:3,7,21
   52:9 53:8,13 55:8
**templates** 16:1
   21:24 23:25 24:2
**ten** 27:1 30:11 55:9
   62:19,20
**ten-year** 54:21
**termination** 37:5
**terminology** 27:19
**terms** 6:13 15:15
   30:5 32:8 34:7
   35:5 36:22,25
   43:9 51:12,17
   54:17 55:1,4,13
**testified** 5:3 15:6
   23:17 36:5 45:18
   47:5
**testify** 24:17,19
   31:4 46:5
**testimonies** 43:20
**testimony** 17:21,24
   18:15 43:14,18
   46:22 47:8,19
   66:12

**than** 14:16 16:6,12
   45:13 52:13 55:2
   57:20 62:17
**thank** 5:21 6:11
   13:3 18:25 48:18
   53:16 54:9 60:25
   65:4,6
**their** 26:21 27:16
   29:12,13 34:2
   44:6 46:5
**them** 5:9 6:4 22:12
   22:13 45:24 63:18
**then** 8:8 9:11 12:12
   12:24 17:5,25
   19:22 20:5,16,23
   23:8,16 28:25
   34:5 36:18 40:23
   41:14,21 45:21
   47:2 55:10 58:7,9
   59:18 62:7
**there's** 6:5 30:25
   35:19 38:15 57:3
**these** 23:21 24:2
   27:10,13,19,19
   36:24 41:25 42:3
   42:6 56:7 61:21
**they** 8:18 21:18,18
   21:23 26:20,22
   29:10,11 32:23
   33:1,1,5,6,8,12,18
   34:7 35:16,16
   42:9,16 56:21
   60:2 64:19 65:1
**things** 6:12
**think** 9:22 19:20
   20:8 24:7 28:13
   37:24 45:4,12,18
   48:7 60:9
**third** 34:25
**though** 8:23 39:6
**thought** 22:7 62:13
**three** 25:5 33:2 34:3
   35:4 37:3 38:7,8
   38:15 39:10 41:11
   53:18 54:11,14,15
**three-percent** 39:25
   40:24
**through** 5:22 9:2,20
   15:25 26:2 27:1
   62:8 64:9
**thumb** 7:7 12:19,24
   13:5 36:8 49:23
   59:6
**Thursday** 1:10
**times** 53:15

**title** 41:23
**titled** 19:12,18 24:9
   26:4 37:25 41:15
**today** 41:2
**today's** 6:22
**together** 5:10 23:6
   40:9,11,12,21
**took** 49:11
**top** 27:5
**topic** 24:19 61:21
**total** 27:2 36:9 40:3
   40:7,21 57:24
   62:24
**tranche** 13:23 57:7
   57:8,25 58:2,3,9
   59:23
**tranches** 55:1 58:4
   58:20,21 59:22
**transaction** 14:21
   15:14 43:25 56:23
   56:25 58:14 59:16
**transactions** 57:20
   57:21,22 63:24
**transcripts** 47:8
**travel** 48:2
**trial** 47:2,5,19
**trouble** 11:14
**true** 28:18 30:9,15
   31:10 66:12
**Trust** 46:10
**trying** 26:16
**turn** 50:7 53:16
   54:9
**twelve** 52:18
**two** 37:6 43:19
   54:15 58:19 59:22
   61:10 62:20 63:16
**types** 48:13
**Typically** 30:25

_____
**U**

**U** 5:1
**Um-hum** 38:17
   40:25 48:25 50:9
   61:23
**under** 38:24 39:7
**underlying** 20:11
**understand** 5:14
   9:9,13 11:12
   26:16 53:1
**understandable** 6:7
**understanding**
   37:11 42:11 60:17
   64:12
**Understood** 8:21
**Union** 16:15,16,19

17:2
**UNITED** 1:1
**until** 37:11 54:3
**up** 7:22 8:22 16:19
   30:24 52:8 61:22
**update** 54:7 57:16
**updated** 38:1 39:3
   50:20,22,23,25
   51:6 53:17 54:10
**updating** 54:6
**upon** 28:7 35:9 41:2
**upside** 33:17
**us** 6:22
**USB** 7:7
**use** 9:2 10:11 15:19
   18:12 21:12 24:2
   39:21,23 52:17
   59:20 62:11
**used** 12:25 13:21
   15:23,24 25:21,23
   27:11 36:10 49:8
   50:4 52:20 54:12
   54:16,18 55:4,6
   56:17 58:13,16,25
   60:23
**uses** 35:5
**using** 21:14,16 26:4
   38:1,7 40:24
   50:19 53:13,14,17
   54:10
**utilize** 13:17 20:18
   52:25
**utilized** 27:16 34:1
   34:12 35:6 44:17
   49:10 51:21 52:14
   55:7,8

_____
**V**

**v** 67:2
**value** 39:24 40:13
   40:14,20,20,22,24
   41:7 46:5
**values** 33:6
**variety** 46:11
**various** 34:6 51:16
**verbal** 6:8
**verdict** 47:16
**version** 13:15,16
**versus** 56:3
**very** 15:7,9,23
   27:18 51:12 57:1
   60:24
**vs** 46:8 47:9

_____
**W**

**W** 5:1

**wages** 63:1,3,4
**walk** 26:2
**want** 6:12 9:2,15
   10:3 19:9 20:8
   27:21 30:24 43:6
**wanted** 9:13 17:17
   48:16
**wants** 53:2
**Warburg** 14:3
**Washington** 3:13
**way** 6:6 11:16 28:21
   28:22 56:16 66:17
**we** 5:22 8:19 10:11
   12:25 22:1,3,7
   23:6 29:21 36:18
   40:23 49:7,7 50:4
   50:16 51:10,19
   57:12,14 62:19
   63:18,19,24
**we'll** 6:7 9:5 12:13
   12:15 65:6
**we're** 17:22 23:16
   49:23
**we've** 7:21 34:16
   58:22
**Webster** 1:3,8 2:2
   4:3,20 5:19 7:18
   9:16 10:4,6 11:10
   17:14 24:11 48:23
   61:20 65:10 66:9
   67:3,21
**Webster's** 9:3
**week** 32:7,12,19
   36:12
**welcome** 11:4 13:5
**well** 8:12 9:17 29:5
   30:11 31:14 45:3
**went** 43:25 54:24
**weren't** 27:20 62:14
**West** 3:6
**WH** 26:25 30:2 39:8
   40:3 42:19
**What's** 59:7
**whatever** 32:4
**when** 14:5,22 19:21
   22:23 23:14 25:2
   30:25 32:14,17
   33:12 36:3 37:7
   40:10 44:25 45:2
   50:1 51:6 52:3,17
   52:24 53:11,11
   54:14 58:7 62:13
**where** 8:9 38:15
   43:17 44:9,9
   45:19 53:3 59:18
**whereas** 54:22

**WHEREOF** 66:19
**whether** 10:23
  11:21 28:23 44:4
  47:17 61:6 64:17
  65:1
**while** 8:21
**who** 13:24 14:7,9
  25:2 44:7 48:12
  48:13
**whom** 29:23 58:5
**whose** 66:10
**why** 11:7 26:2 55:17
  55:18 62:25
**will** 6:1 11:8 35:17
  35:20,24 42:23
**WILLIAM** 3:10
**winning** 31:9
**Winston** 2:4 3:11
**within** 20:19 36:10
  52:20 66:7
**without** 28:21
**witness** 4:2 8:22
  11:8,13,18 18:25
  31:1 43:13,18,19
  47:23 48:17,20
  66:9,13,19 67:3
**wmiossi@winston...**
  3:15
**won't** 36:18
**words** 50:22 58:16
**worked** 13:24 14:1
  14:3 23:6
**working** 13:25
  32:18 37:7 63:18
**Worley** 4:12 7:15
  7:18 11:23
**wouldn't** 59:12
**writing** 43:24
**wrote** 44:4

**X**
**x** 1:6

**Y**
**year** 26:25 27:3,20
  30:11 40:3,8,11
  40:15,15 48:6
  50:23 53:5,5,6
  62:8,8,8 63:16
**years** 13:18 27:1,23
  28:8 38:12 40:6
  55:9,9 57:18
  61:22 63:16,16,16
**yields** 60:2
**York** 1:9,9 2:6
  44:12 66:2,8

**You'll** 62:20
**you're** 9:4 11:4 13:5
  13:19 16:7 25:12
  26:8,17 28:14,14
  31:3 42:8 50:16
  59:14 61:5
**you've** 5:8 6:3 12:18
  17:19 33:14 49:4
**yours** 12:4 18:1
  20:3
**yourself** 13:6 25:6
  31:5

**Z**
**zero** 39:7

**0**
**03** 40:16

**1**
**1** 4:8 6:15,16,20,25
  8:7 10:15 19:18
  40:4
**1.03** 40:16
**1.25** 60:23
**1/4/16** 4:11 7:14
**10:02** 1:11
**11:54** 65:7
**11802** 5:19
**12** 43:20
**1496** 8:7
**1497** 8:9
**15** 60:18
**15-year** 57:10,17
**1504** 43:10 57:3,7
  59:8,15 60:5
**1509** 61:6
**16** 52:18
**1601** 3:5
**17** 4:15 38:11 40:20
  61:22 63:16
**17-year** 41:8
**1700** 3:12
**17th** 51:5,23,24
**18** 52:18
**180-month** 57:10

**2**
**2** 4:11 7:13,14,17,23
  7:25 11:24 26:7
  28:20 39:2 49:1,2
  49:4,5 50:16
  57:14,15
**2,287,571** 39:25
**20** 45:3 60:18 65:13
  67:23

**200** 2:4
**200,000** 26:25 30:11
  40:11,15 62:8,20
  62:23
**20006-3817** 3:13
**2003** 46:10
**2010** 43:20 45:3,4
  48:7
**2011** 14:6,23
**2015** 64:8
**2016** 7:19 8:1 25:22
  26:4 27:16 34:2
  38:9 49:7,24
**2017** 51:24,24 54:3
  64:10,18
**2018** 1:10 24:13
  32:16 36:13 37:11
  37:14 51:25 66:20
  67:2
**202-282-5000** 3:14
**23** 56:24
**25** 1:10 67:2
**28** 24:13 32:16
**28134** 5:20
**29** 36:16 37:6 50:25
  54:16,22 55:3,7
  55:12 56:20,24

**3**
**30** 34:5 55:24
**30-percent** 55:11
**33401** 3:6

**4**
**4** 7:19 39:6 40:15
  49:2 57:2 58:12
  61:5
**450** 48:5
**46** 43:10 54:21 55:2
  55:6,21 61:5
**48** 4:4

**5**
**5** 4:3
**500** 3:5
**561-990-1590** 3:7

**6**
**6** 4:8
**600** 45:12
**61** 4:5

**7**
**7** 4:11

**8**

**8** 27:20,21 62:8

**9**
**9** 27:21,21
**9/28/18** 4:20 17:14
**9:18-cv-80110-Ro...**
  1:2
**9th** 66:20