**EXHIBIT 5**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:18-cv-80110-ROSENBERG/REINHART

WEBSTER HUGHES,

                Plaintiff,

vs.

PRIDEROCK CAPITAL PARTNERS, LLC,

                Defendant.

_____/

## PLAINTIFF'S RESPONSE TO INTERROGATORIES

      Plaintiff Webster Hughes, through undersigned counsel, responds to Defendant

Priderock Capital Partners, LLC's  ("Priderock") Interrogatories as follows:

### REQUESTS AND RESPONSES

    1.   Identify each and every person who you believe or know has knowledge of any event or fact alleged or damages sought in the Complaint, and, as to each person, provide a summary of the knowledge or information that you believe such person possesses. In responding to this Interrogatory, please provide the following information for each person identified: (1) a summary of the information he/she possesses who participated in or witnessed any events or facts described in the Complaint; (2) contact information for each such person, including but not limited to complete residential and business mailing addresses, email addresses, telephone and cellphone numbers.

**ANSWER:**

Webster Hughes
c/o Kammerer Mariani PLLC
1600 Forum Place
Suite 500
West Palm Beach, FL 33401

Mr. Hughes knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, development of the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., product expertise, participation in meetings, telephone conference calls, memoranda, and emails

with Priderock, Key Bank, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P., and the discussions and agreement with Priderock regarding the compensation that he was to receive from Priderock for his work as part of the development and launch of the Priderock Multifamily Debt Opportunity Fund, L.P.

David Worley
Priderock Capital Partners, LLC
525 Okeechobee Boulevard, Suite 1650
West Palm Beach, FL 33401

Mr. Worley knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, Key Bank, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P., and the discussions and agreement with Webster Hughes's regarding the compensation that Webster Hughes was to receive from Priderock for his work as part of the development and launch of the Priderock Multifamily Debt Opportunity Fund, L.P.

David Khoury
Priderock Capital Partners, LLC
525 Okeechobee Boulevard, Suite 1650
West Palm Beach, FL 33401

Mr. Khoury knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, Key Bank, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P., and the discussions and agreement with Webster Hughes's regarding the compensation that Webster Hughes was to receive from Priderock for his work as part of the development and launch of the Priderock Multifamily Debt Opportunty Fund, L.P.

George Banks
Priderock Capital Partners, LLC
525 Okeechobee Boulevard, Suite 1650
West Palm Beach, FL 33401

Mr. Banks knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, Key Bank, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P., and the discussions and agreement with Webster Hughes's regarding the compensation that Webster Hughes was to receive from Priderock for his work as part of the development and launch of the Priderock Multifamily Debt Opportunty Fund, L.P.


Jonathan Diamond
Priderock Capital Partners, LLC
525 Okeechobee Boulevard, Suite 1650
West Palm Beach, FL 33401

Mr. Diamond knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, Key Bank, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P., and the discussions and agreement with Webster Hughes's regarding the compensation that Webster Hughes was to receive from Priderock for his work as part of the development and launch of the Priderock Multifamily Debt Opportunty Fund, L.P.

Daniel Ng
Priderock Capital Partners, LLC
525 Okeechobee Boulevard, Suite 1650
West Palm Beach, FL 33401

Mr. Ng knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, and Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, Key Bank, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

Zhenshi Jin
Priderock Capital Partners, LLC
525 Okeechobee Boulevard, Suite 1650
West Palm Beach, FL 33401

Mr. Jin knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the acquisition of FREMF 2017 KF-29 C, and Priderock engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, memoranda, and emails with Priderock, Key Bank, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

Barbara Gaziano
Priderock Capital Partners, LLC
525 Okeechobee Boulevard, Suite 1650
West Palm Beach, FL 33401

Ms. Gaziano knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, and Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, Key Bank, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

Sharon Beiner
Priderock Capital Partners, LLC
525 Okeechobee Boulevard, Suite 1650
West Palm Beach, FL 33401

Ms. Beiner knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, and Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, Key Bank, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

Kathleen Swencki
Priderock Capital Partners, LLC
525 Okeechobee Boulevard, Suite 1650
West Palm Beach, FL 33401

Ms. Swencki knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes as a contractor to Priderock

Brian Kozlowski
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
312-558-5600

Mr. Brian Kolowski knows about the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P.

Robert Koontz
Vice President-Multifamily Securitization Capital Markets
Federal Home Loan Mortgage Corporation
8100 Jones Branch Drive
McLean, VA 22102-3110

Robert Koontz heads the Multifamily Capital Markets team, including pricing, structuring and securitization for the K-Deal program and all other multifamily loan purchases. In addition, he manages relationships with securities investors, credit rating agencies and the broker/dealer community. Mr. Koontz knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding FREMF Controlling Class Tranches generally and specifically negotiation and execution of Priderock's acquisition of FREMF 2017 KF-29 C.

David M. Brickman
Executive Vice President and Head of Multifamily
Federal Home Loan Mortgage Corporation
8100 Jones Branch Drive
McLean, VA 22102-3110

David Brickman is the executive vice president for the Multifamily Business. As head of Multifamily, Brickman is responsible for customer relations, product development, marketing, sales, loan purchase, asset management, capital markets, and securitization for the company's multifamily business, which includes the flow mortgage, structured and affordable mortgage, CMBS and low-income housing tax credit portfolios. Mr. Brickman knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding FREMF Controlling Class Tranches generally and specifically the Priderock's acquisition of FREMF 2017 KF-29 C.

Roy Chun
Senior Director
Multifamily Asset Management
Federal Home Loan Mortgage Corporation
8100 Jones Branch Drive
McLean, VA 22102-3110
703-714-2936

Mr. Chun knows about the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding FREMF Controlling Class Tranches generally, Priderock's acquisition of FREMF 2017 KF-29 C, and Webster Hughes's on-going work to download and utilize data provided by Freddie Mac.

6

David Shillington
Executive Vice President
KeyBank-Real Estate Capital
Atlanta, GA
770-510-2080

Mr. Shillington knows about Key Bank's loan of approximately $23,000,000 to Priderock as part of the launch of the Priderock Multifamily Debt Opportunity Fund, L.P., Key Bank's role as special servicer regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, and Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P.


Norm Nichols
Executive Vice President-National Manager
Real Estate Project Financial Group
Key Corp
Atlanta, GA
518-257-8576
norm_v_nichols@keybank.com

Mr. Nichols knows about Key Bank's loan of approximately $23,000,000 to Priderock as part of the launch of the Priderock Multifamily Debt Opportunity Fund, L.P., Key Bank's role as special servicer regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the creation and launch of the Priderock Multifamily Debt Opportunity Fund, the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, and Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

Joseph Fadus
Senior Banker
KeyBank-Real Estate Capital
Atlanta, GA

Mr. Fadus knows about Key Bank's loan of approximately $23,000,000 to Priderock as part of the launch of the Priderock Multifamily Debt Opportunity Fund, L.P., Key Bank's role as special servicer regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, and Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

Lissette Rivera-Pauley
Senior Vice President
Regional Portfolio Manager-Income Property Group
KeyBank-Real Estate Capital
Atlanta, GA

Ms. Rivera-Pauley knows about Key Bank's loan of approximately $23,000,000 to Priderock as part of the launch of the Priderock Multifamily Debt Opportunity Fund, L.P., Key Bank's role as special servicer regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the creation and launch of the Priderock Multifamily Debt Opportunity Fund, L.P., the development of the private placement memorandum regarding the Priderock Multifamily Debt Opportunity Fund, L.P., the solicitation of investors for the Priderock Multifamily Debt Opportunity Fund, L.P., discussions with the Federal Home Loan Mortgage Corporation regarding Priderock's acquisition of FREMF 2017 KF-29 C, engaging Webster Hughes to develop the financial models and databases necessary to develop and launch the Priderock Multifamily Debt Opportunity Fund, L.P., Webster Hughes's product expertise, and Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock, and investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

Jake Hall
Ants4Hire, LLC
5809 Stephens Grove Lane
Huntersville, NC  28078
(704) 840-4053
amanda@ants4hire.com

Mr. Hall was hired by Webster Hughes to set up the proprietary website Technology Consultant and has knowledge of http://www.metrixoas.com/


Investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

The investors in the Priderock Multifamily Debt Opportunity Fund, L.P. know of Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock and investors in the Priderock Multifamily Debt Opportunity Fund, L.P.


All prospective investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

The prospective investors in the Priderock Multifamily Debt Opportunity Fund, L.P. know of Webster Hughes's participation in meetings, telephone conference calls, memoranda, and emails with Priderock and prospective investors in the Priderock Multifamily Debt Opportunity Fund, L.P.

2.   Identify each person whom you have asked to provide you, who has offered to provide you, who has indicated he/she may be able to provide you, or has provided you with any information, document(s), testimony, written statement(s), or opinion(s) of any kind relating to the subject matter of or the claims in the Complaint, and for each person, identify: (1) the date of the information, document(s), testimony, written statement(s), or opinion(s); (2) the subject matter of the information, document(s), testimony, written statement(s), or opinion(s); and (3) any documents or other information that substantiates or relates to your answer.

**ANSWER:** Plaintiff objects to the request as he has not yet listed any expert witnesses and the request exceeds the requirements of the Scheduling Order entered in this case which provides for the time period for the exchange of expert witness reports and expert witness discovery.

3.   If you contend that any admissions against interest have been made by Priderock concerning the allegations in the Complaint, identify each such admission in as close to verbatim form as possible. Your response shall include, but not be limited to the following information: (1) the person who made the admission; (2) the date, time, and place of the admission; and (3) the identity of each person who made, witnessed and/or overheard the admission.

**ANSWER:** David Khoury agreed to terms of Webster Hughes's compensation in a face-to-face meeting between Webster Hughes and David Khoury at David Khoury's office in West Palm Beach on or about April 27, 2016. During that meeting, David Khoury and Webster Hughes agreed that Priderock would pay Webster Hughes $200,000 per year plus 10% of the promotes earned by Priderock on FREMF Series K Controlling Class investment funds and reimburse all out of pocket expenses incurred and will be incurred by Webster Hughes

Prior to Webster Hughes's meeting with David Khoury, David Worley discussed those terms with Webster Hughes during a telephone conversation and in person with Webster Hughes. After Webster Hughes's meeting with David Khoury, David Worley confirmed those terms in subsequent telephone discussions and face-to-face meetings with Webster Hughes.

4.   Identify any communications or correspondence reflecting any agreements between you and Priderock concerning employment, compensation, duties, terms and/or serving as an independent contractor to Priderock.

**ANSWER:** See answer to Interrogatory No. 3.

5.   Describe each instance in which you contend that Priderock, or any of its agents, representatives, or partners made a promise to you of, or made statements or took acts suggesting a promise of, compensating you as you allege in Paragraphs 17-18 of the Complaint, including without limitation, a description of:  (1) the date, time, and location of the alleged promise, statement, or act; (2) the person who allegedly made the promise, statement, or act; (3) a detailed description of the substance of and information exchanged through the promise, statement, or act; (4) each person who witnessed or was present during the alleged promise, statement, or act; (5) each person who has knowledge of the alleged promise, statement, or act; and (6) each item of evidence that describes, relates to, or that you will rely upon in any way in attempting to prove the existence of a promise for payment.

**ANSWER:**  See answer to Interrogatory No. 3. Webster Hughes will, as part of his production of documents responsive to Priderock's first request for production of documents produce emails between Webster Hughes and Priderock's officers regarding Webster Hughes's compensation for his work for Priderock and drafts of proposals between Webster Hughes and Priderock.

6.   Identify every person with whom you have communicated or corresponded about the oral agreement alleged in Paragraphs 17-18 of the Complaint, including any amount you expected to be paid in connection with the alleged oral agreement, and for each person, identify: (1) the person(s) with whom you had the conversation; (2) the date, time, and location of the conversation; (3) the subject matter of the conversation; and (4) any documents or other information that substantiates or relates to your answer.

**ANSWER:**  See answer to Interrogatory No. 3.

7.   Describe each instance in which you worked on behalf of Priderock from September 1, 2015 until you were told by Priderock that Priderock no longer wanted you in June 2017, including and not limited to the work alleged provided by you as described in Paragraphs 25, 26, 27 and 30 of the Complaint, identify: (1) the date on which you performed the work; (2) the subject matter and substance of the work performed; (3) the duration of the work; and (4) the individuals you communicated with in performing the work.

**ANSWER:** Between September 1, 2015 and April 2017 Webster Hughes designed, developed, and updated financial cash-flow and investment structure models used by Priderock in all phases of its investment structuring and marketing of the Priderock Multifamily Debt Opportunity Fund, L.P., collected data and compiled a proprietary database of loans and properties owned and/or securitized by Federal Home Loan Mortgage Corporation, assisted Priderock with the development of business and investment strategy with regard to the Priderock Multifamily Debt Opportunity Fund, L.P., assisted Priderock and its counsel with drafting communications with the Federal

11

Home Loan Mortgage Corporation and negotiations with the Federal Home Loan Mortgage Corporation, assisted Priderock with its negotiations with Key Bank, assisted Priderock with bids to the Federal Home Loan Mortgage Corporation, and met and spoke with prospective investors in the Priderock Multifamily Debt Opportunity Fund, L.P. in order for prospective investors to understand the impact on cash-flows and investor returns of a wide range of economic stresses and adjustments.

Webster Hughes's work with Priderock was continuous and on-going throughout the time period of September 1, 2015 through April 2017 and was not limited to specific dates. Dates on which plaintiff conducted aspects of his work for Priderock are shown on the emails and conference call requests between Priderock and plaintiff. As part of plaintiff's response to defendant's first request for production of documents, plaintiff will produce approximately 1000 emails and conference call meeting requests between plaintiff and various of Priderock's officers, employees, and team members, prospective investors, service providers, and employees of the Federal Home Loan Mortgage Corporation which show when plaintiff performed particular aspects of his overall work for Priderock.

Throughout the time period of September 2015 through April 2017, Webster Hughes's met with Priderock team members and potential investors and lenders to Priderock regarding the Priderock Multifamily Debt Opportunity Fund, L.P. and to explain the financial and investment capital structure models that plaintiff developed for Priderock, their application to investment returns and risk analysis, and to provide historical and current market perspective and analysis of commercial mortgage investment products such as the FREMF Controlling Class Tranche, investment market pricing, and financing structures.

During the performance of the work outlined above, Webster Hughes communicated with David Worley, David Khoury, George Banks, Jonathan Diamond, Daniel Ng, Zhenshi Jin of Priderock, Dave Shillington, Norm Nichols, Joe Fadus, and Lissette Rivera-Pauley of Key Bank, Roy Chun of the Federal Home Loan Mortgage Corporation, and prospective investors by email, phone, in conference calls, on-site meetings, and on-line presentations of plaintiff's proprietary financial models. The names of the prospective investors are contained on the emails that plaintiff will be producing in response to defendant's first request for production of documents.

During May 2017, Webster Hughes communicated with David Worley, David Khoury, and George Banks regarding compensation for his work.

8. Identify all conditions precedent you met to file this action as alleged in Paragraph 34 of the Complaint, including but not limited to, identify those that have been waived compared to those that have been performed.

**ANSWER:** Plaintiff fully performed all responsibilities of him required to launch the Priderock Multifamily Debt Opportunity Fund, L.P. as addressed in response to Interrogatory No. 7.

9. Identify all actions you have performed on behalf of Priderock that you alleged have conferred a benefit on Priderock.

**ANSWER:** See response to Interrogatory No. 7.

10. Identify the amount and basis for determining the amount of each category of damages that you seek in the Complaint, including, but not limited to, the identity of each person who has knowledge of or will support your claim for such damages, each document or other item of evidence that supports your claim for such damages, and the precise basis for calculating each aspect of the amount of such damages.

**ANSWER:** For Webster Hughes's breach of contract and contract-implied-in fact claims (counts I and II), Webster Hughes is seeking $2.4 million, which is based upon the amount of $200,000 per year for the eight year life of the Priderock Multifamily Debt Opportunity Fund, L.P. ($1,600,000), plus 10% of the Priderock Multifamily Debt Opportunity Fund, L.P. promote shares, which according to cash-flow and return projections on the Priderock Multifamily Debt Opportunity Fund, L.P.  Investor Presentation is projected to be $8.2 million (10% of which is $820,000). As to his breach of contract-implied-in law claim (count III), Webster Hughes will provide the amount and basis for determining the amount of damages upon completion of expert witness review.

In addition, as part of each of the three counts in the complaint, Webster Hughes seeks reimbursement of the $74,704.79 in costs that he incurred on behalf of Priderock between September 2015 and April 2017.

11. Identify all amounts of money or income that you have received from any source since January 2015 to the present. Your answer should specify the source, the amount, and the date(s) of payment.

**ANSWER:** Objection. The amount of money or income that Webster Hughes received from January 2015 to the present is not relevant to his claims or Priderock's defenses.

12. Identify all attempts that you have made to seek employment, including self-employment, consulting, or independent contractor relationships, with any employer, entity, or individual other than Priderock since January 2015. Your answer should include, without limitation, the following information regarding each employer, entity, or individual that you contacted in connection with such attempts: (1) the name and address of the employer, entity, or individual; (2) the date on which you contacted the employer, entity, or individual; (3) the individuals with whom you communicated; (4) the subject matter about which you and the person communicated; (5) whether you received or provided an offer; and (6) if so (a) the terms of such offer, including the position, location, salary and benefits offered; and (b) whether you or the offeree accepted the offer.

**ANSWER:** Webster Hughes has not been employed as an employee by any entity since January 2015. Webster Hughes is, instead, the sole owner and operator of Metrix Credit Technologies, LLC, which offers consulting services and systems solutions to the securitization and structured credit markets, including structuring, cashflow modeling, risk analysis, and valuation for ABS, RMBS, CMBS, and CLO securitizations and credit facilities. Metrix Credit Technologies, LLC's address is 4100 Carmel Road, Suite 143-B, Charlotte, NC 282226.

Webster Hughes is also a principal in the structured debt investment program of Real Estate Fiduciary Services ("REFS"), which provides independent fiduciary services, as well as strategic and operational consulting services, to institutional real estate investors and managers. REFS's main office is 65 The Fairways, Ipswich, MA 10938.

13. Identify each employer, entity, or individual for whom you have worked or performed work other than Priderock since January 2015, and, for each employer, entity, or individual identify: (1) the address and telephone number of the employer, entity, or individual; (2) the period of employment; (3) all positions held; (4) compensation and benefits received; (5) the location of employment; and (6) the names of all supervisors. Your answer should include any and all employment or engagement as a consultant or independent contractor and any and all self employment.

**ANSWER:** See response to Interrogatory No. 12. Plaintiff objects to the interrogatory with regard to the compensation and benefits Webster Hughes has received from January 2015 to the present is not relevant to his claims or Priderock's defenses.

14. Describe each electronic or communication device, including each computer, cellular telephone, personal data assistant, removable storage media or other electronic storage or communication devices that you have used since January 1, 2015, including the period of time that the device was used, the period of time that the device was in your possession, where the device is now located and, if the device no longer is in your possession, of description of why the device is no longer in your possession and the date on which it ceased to be in your possession.

**ANSWER:**

Dell laptop computer used January 1, 2015 to December 2015 when it malfunctioned and was discarded.

HP laptop computer used December 2015 October 2016 when it malfunctioned and was returned to manufacturer

HP laptop computer used October 2016 to Dec 2017 when it malfunctioned, was serviced, and returned. It is still in plaintiff's possession.

Lenova laptop computer used from Dec 2017 to present

An I-phone during that time-period

15. Identify each e-mail account and e-mail address that you have used since January 1,2015.

**ANSWER:**

Whughes@whadvisoryllc.com

Whughes@xbond.com

Webster@metrixcredit.com

Whughes@aginvest.com

Websterhughes3@gmail.com

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Webster Hughes, hereby declare under penalty of

perjury that the foregoing is true and correct. Executed on April 20, 2017.

Webster Hughes