# EXHIBIT 10
# Deposition Transcript of Jonathan Diamond
# To be Submitted Under Seal