UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80110-RLR

WEBSTER HUGHES,

    Plaintiff,

v.

PRIDEROCK CAPITAL PARTNERS,
LLC,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Report and Recommendation on Plaintiff's Motion for Costs. DE 157. This matter was referred to Magistrate Judge Bruce E. Reinhart for appropriate disposition. DE 188. Judge Reinhart issued the Report and Recommendation on September 17, 2020. DE 189. Neither party filed objections to the Report and Recommendation. The Court has conducted a *de novo* review of the Report and Recommendation and the record, and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reinhart's recommendations to be well reasoned and correct.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 189] is hereby **ADOPTED**.

2. Plaintiff's Motion for Costs [DE 157] is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff is awarded the following costs, in the total amount of $5,677.89:

    a. Filing Fees and Process Server Fees: $440.00

    b. Deposition Transcripts: $3,241.10

    c. Trial Transcripts: $1,452.00

    d. Document Production, ESI, and Printing Costs: $544.79

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 4th day of November, 2020.

*(signed)* ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record